**Fill in this information to identify the case:**

Debtor name  **Clover Fast Food, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  **23-11812**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................  $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................  $     **791,644.76**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................  $     **791,644.76**

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................  $     **2,422,425.43**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...............................................  $     **11,229.90**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................  +$     **1,413,580.71**

4. **Total liabilities** .................................................................................................
    Lines 2 + 3a + 3b  $     **3,847,236.04**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name: **Clover Fast Food, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known): **23-11812**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property           12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Cambridge Trust Company** | **Savings - Letter of Credit Assigned to Landlord** | **9802** | $60,066.00 |
| 3.2. | **Bank of America** | **Checking - Clover Back Bay** | **2539** | $20,743.00 |
| 3.3. | **Bank of America** | **Checking - Clover at Assembly Row** | **2734** | $247.00 |
| 3.4. | **Bank of America** | **Checking - CAT** | **2747** | $508.00 |
| 3.5. | **Bank of America** | **Checking - Clover Harvard Square** | **5138** | $538.00 |
| 3.6. | **Bank of America** | **Checking - Clover HFI/Central Square** | **5154** | $138.00 |

Debtor    **Clover Fast Food, Inc.**                                    Case number *(If known)*  **23-11812**
          Name

| 3.7. | **Bank of America** | **Checking - Clover Kendall Square** | **5167** | **$192.00** |
|---|---|---|---|---|
| 3.8. | **Bank of America** | **Checking - Clover Hub/HQ** | **5659** | **$470.00** |
| 3.9. | **Bank of America** | **Checking - Clover Downtown Crossing** | **5662** | **$251.00** |
| 3.10. | **Bank of America** | **Checking - Clover Financial District** | **5785** | **$519.00** |
| 3.11. | **Bank of America** | **Checking - Clover Longwood Medical Area** | **5798** | **$399.00** |
| 3.12. | **Bank of America** | **Checking - Clover Harvard Science Center** | **5853** | **$442.00** |
| 3.13. | **Bank of America** | **Checking - Clover Prudential Center** | **5866** | **$595.00** |
| 3.14. | **Bank of America** | **Checking - Clover Newtonville** | **5934** | **$387.00** |
| 3.15. | **Bank of America** | **Checking - Clover Burlington** | **9244** | **$120.00** |
| 3.16. | **BREX Treasury LLC** | **Checking** | **9670** | **$0.00** |
| 3.17. | **Cambridge Trust Company** | **Checking - Wave** | **0600** | **$0.00** |
| 3.18. | **Cambridge Trust Company** | **Checking - Square** | **1601** | **$0.00** |
| 3.19. | **Cambridge Trust Company** | **Checking** | **2103** | **$0.00** |
| 3.20. | **Cambridge Trust Company** | **Checking** | **2804** | **$0.00** |

Debtor   **Clover Fast Food, Inc.**                                    Case number *(If known)*  **23-11812**
         Name

| | | | | |
|---|---|---|---|---|
| 3.21. | **Cambridge Trust Company** | **Checking** | **4328** | **$3,288.00** |
| 3.22. | **Cambridge Trust Company** | **Checking - WFM** | **8001** | **$0.00** |
| 3.23. | **Cambridge Trust Company** | **Checking - Stripe** | **8020** | **$0.00** |
| 3.24. | **Cambridge Trust Company** | **Checking - Operating Account** | **9500** | **$6,380.00** |
| 3.25. | **Cambridge Trust Company** | **Checking - Payroll** | **9800** | **$0.00** |
| 3.26. | **Walden Mutual Bank** | **Checking** | **3051** | **$91,207.00** |
| 3.27. | **ADP** | **Checking** | **2114** | **$0.00** |

4.   **Other cash equivalents** *(Identify all)*

4.1.  **Register Funds**                                                                 **$3,700.00**

4.2.  **Undeposited Funds**                                                              **$725.25**

5.   **Total of Part 1.**                                                        | **$190,915.25** |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | **Deposits and Prepayments** |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.

■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

7.1.  **Landlord Deposit - Knickerbocker Longwood LLC**                                  **$60,000.00**

7.2.  **Landlord Deposit - 160 Federal Owner, LLC**                                      **$40,000.00**

Debtor    **Clover Fast Food, Inc.**
<br>Name

Case number *(If known)* **23-11812**

| | | |
|---|---|---:|
| 7.3. | **Landlord Deposit - Street Retail, LLC** | **$9,594.38** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
<br>Description, including name of holder of prepayment

| | | |
|---|---|---:|
| 8.1. | **Edgewood Partners Insurance Center, Inc. (Crime Policy)** | **$2,014.53** |
| 8.2. | **ReliaStar Life Insurance** | **$1,731.44** |
| 8.3. | **Epic Insurance Brokers & Consultants (Umbrella Policy)** | **$52,828.13** |
| 8.4. | **Epic Insurance Brokers & Consultants (Management Policy)** | **$11,619.29** |
| 8.5. | **Zenput, Inc.** | **$4,046.00** |
| 8.6. | **Workable Technology Limited** | **$3,117.12** |
| 8.7. | **TalentLMS** | **$1,523.63** |
| 8.8. | **WP Engine** | **$966.67** |
| 8.9. | **OptimoRoute Inc.** | **$4,217.06** |
| 8.10. | **Zendesk, Inc.** | **$669.96** |
| 8.11. | **Occupier (Invoice 1675)** | **$903.13** |
| 8.12. | **Occupier (Invoice MI113735)** | **$3,558.10** |

Debtor   **Clover Fast Food, Inc.**                                                   Case number *(if known)*   **23-11812**
          Name

8.13.   **ZoomInfo Technologies Inc.**                                                                                           $1,250.00

---

9.   **Total of Part 2.**
     Add lines 7 through 8. Copy the total to line 81.                                                              | $198,039.44 |

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:            149,427.15          -                    0.00          = ....          $149,427.15
                                  face amount                    doubtful or uncollectible accounts

11b. Over 90 days old:                 45.88          -                    0.00          =....                  $45.88
                                  face amount                    doubtful or uncollectible accounts

12.   **Total of Part 3.**
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                                      | $149,473.03 |

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** **Food & Beverages** | 10/20/23 | $106,788.27 | Recent cost | $106,788.57 |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** **Food & Beverages** | 10/20/23 | $8,949.97 | Recent cost | $8,949.97 |
| 22.   **Other inventory or supplies** | | | | |

Debtor **Clover Fast Food, Inc.**
Name

Case number *(If known)* **23-11812**

| **Food Packaging, Smallwares, Cookware, Office, Cleaning, and Maintenance Supplies, etc.** | 10/20/23 | $137,478.50 | Recent cost | $137,478.50 |
|---|---|---|---|---|

23. **Total of Part 5.**
    Add lines 19 through 22.  Copy the total to line 84.

| | $253,217.04 |
|---|---|

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☑ Yes. Book value    253,281.62    Valuation method    Cost    Current Value    253,281.62

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Office chairs, desks, complete list available upon request** | Unknown | | Unknown |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Laptop computers, approximately 70 TVs (used as menus in restaurants), iPads (used in restaurants), complete list available upon request** | Unknown | | Unknown |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.

| | $0.00 |
|---|---|

Debtor    **Clover Fast Food, Inc.**                                          Case number *(If known)*  **23-11812**
         _____
         Name

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☑ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|-----------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **Vehicles, complete list available upon request** | **Unknown** | | **Unknown** |
| **48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.    Aircraft and accessories** | | | |
| **50.    Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Restaurant furniture, restaurant equipment, kitchen equipment, complete list available upon request** | **Unknown** | | **Unknown** |

51.    **Total of Part 8.**
       Add lines 47 through 50.  Copy the total to line 87.                                    **$0.00**

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☑ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

| Part 9: | Real property |
|---------|---------------|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Debtor    **Clover Fast Food, Inc.**
_____    Case number *(if known)* **23-11812**
Name

| Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | | | |
|---|---|---|---|---|
| 55.1. **Restaurant - 565 Boylston Street, Boston, MA 02116** | Lessee | $0.00 | | $0.00 |
| 55.2. **Restaurant - 18 Burlington Mall Road, Burlington, MA 01803** | Lessee | $0.00 | | $0.00 |
| 55.3. **Restaurant - 27 School Street, Boston, MA 02108** | Lessee | $0.00 | | $0.00 |
| 55.4. **Restaurant - 160 Federal Street, Boston, MA 02110** | Lessee | $0.00 | | $0.00 |
| 55.5. **Restaurant - 496 Massachusetts Avenue, Cambridge, MA 02139** | Lessee | $0.00 | | $0.00 |
| 55.6. **Restaurant - 1 Oxford Street, Cambridge, MA 02138** | Lessee | $0.00 | | $0.00 |
| 55.7. **Restaurant - 1326 Massachusetts Avenue, Cambridge, MA 02138** | Lessee | $0.00 | | $0.00 |
| 55.8. **Restaurant - 1075 Cambridge Street, Cambridge, MA 02139** | Lessee | $0.00 | | $0.00 |
| 55.9. **Restaurant - 5 Cambridge Center, Cambridge, MA 02142** | Lessee | $0.00 | | $0.00 |
| 55.10. **Restaurant - 360 Longwood Avenue, Boston, MA 02215** | Lessee | $0.00 | | $0.00 |
| 55.11. **Restaurant - 835 Washington Street, Newton, MA 02460** | Lessee | $0.00 | | $0.00 |

Debtor  **Clover Fast Food, Inc.**
Name

Case number *(If known)*  **23-11812**

| 55.12 | **Restaurant - 800 Boylston Street #15, Boston, MA 02199** | Lessee | $0.00 | | $0.00 |
|---|---|---|---|---|---|

| 56. | **Total of Part 9.** Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | | | | $0.00 |
|---|---|---|---|---|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
 ■ No
 ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
 ■ No
 ☐ Yes

**Part 10:**   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

 ☐ No.  Go to Part 11.
 ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** CLOVER (stylized/design) trademark - U.S. Trademark Registration No. 5181441 | Unknown | | Unknown |
| CLOVER trademark - U.S. Trademark Registration No. 3806427 | $0.00 | | $0.00 |
| 61.  **Internet domain names and websites** See attached list. | Unknown | | Unknown |
| 62.  **Licenses, franchises, and royalties** See attached list. | Unknown | | Unknown |
| 63.  **Customer lists, mailing lists, or other compilations** Customer Email List; App User List | Unknown | | Unknown |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

| 66. | **Total of Part 10.** Add lines 60 through 65. Copy the total to line 89. | | | | $0.00 |
|---|---|---|---|---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
 ☐ No
 ■ Yes

| Debtor | **Clover Fast Food, Inc.** | Case number *(if known)* **23-11812** |
|---|---|---|
| | Name | |

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ■ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No.  Go to Part 12.
- ■ Yes Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | | |
| | **NOLs (carryforward into 2023 - $35,587,040)** | Tax year **2023** | Unknown |
| 73. | **Interests in insurance policies or annuities** **ReliaStar Life Insurance Policy #AD20370784 - Term Life Policy on Ayr Muir** | | $0.00 |
| | **Employee Medical Insurance through Harvard Pilgrim Health Care** | | Unknown |
| | **Employee Eye Insurance through EyeMed** | | Unknown |
| | **Employee Dental Insurance through Delta Dental** | | Unknown |
| | **Employee Life/AD&D, Short Term Disability, and Long Term Disability through The Standard** | | Unknown |
| | **Worker's Compensation Insurance through Employers** | | Unknown |
| | **CL Package; Properties and General Liability through Union Insurance Company** | | Unknown |
| | **CL Automobile through Acadia Insurance Company** | | Unknown |

Debtor    **Clover Fast Food, Inc.**
_____    Case number *(If known)*  **23-11812**
Name

**CL Umbrella through Crum & Forster Specialty**                                    **Unknown**
_____                                    _____

**CL Crime through The Hanover Insurance**                                    **Unknown**
_____                                    _____

**CL Management Liability through U.S. Specialists Insurance**                                    **Unknown**
_____                                    _____

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                    | **$0.00** |
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor  **Clover Fast Food, Inc.**
Name

Case number *(If known)*  **23-11812**

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $190,915.25 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $198,039.44 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $149,473.03 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $253,217.04 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $791,644.76 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $791,644.76 |

In re: Clover Fast Food, Inc.
Case No.

**SCHEDULE A/B**
**#61 Attachment**

## DOMAIN NAMES

cloverrestaurant.com
cloverfastfood.com
clovervegetarian.com
cloverveg.com
cloverrestaurants.com
clovertogo.com
clovertruck.com
clovertestkitchen.com
clovervan.com
mobileclover.com
cloverpos.com
cloverfoodlab.com
clover.today
clover.recipes
clover.media
clover.guide
clover.wiki
clover.kitchen
clover.training
clovercast.com
cloverfoodtruck.com
cloverfoodlabs.com
clover.farm
cloverfood.app
cloverfoodlab.app
foodlab.app
clover.blog

In re: Clover Fast Food, Inc.                          SCHEDULE A/B

Case No.                                               #62 Attachment

**OPERATION LICENSES AND PERMITS**

| STORE | ADDRESS | CITY | STATE | ZIP | LICENSE TYPE |
|---|---|---|---|---|---|
| BUR | 100 Burlington Mall Road | Burlington | MA | 01803 | Food Establishment Permit |
| DTX | 27 School Street | Boston | MA | 02109 | Certificate of Inspection |
| DTX | 27 School Street | Boston | MA | 02108 | Common Victualler (No Alcohol) |
| DTX | 27 School Street | Boston | MA | 02108 | Health Permit |
| FIN | 161 Federal Street | Boston | MA | 02111 | Certificate of Inspection |
| FIN | 160 Federal Street | Boston | MA | 02110 | Common Victualler (No Alcohol) |
| FIN | 160 Federal Street | Boston | MA | 02110 | Health Permit |
| FIN | 160 Federal Street | Boston | MA | 02110 | Place of Assembly |
| HFI | 496 Massachusetts Ave | Cambridge | MA | 02139 | ABCC Retail License |
| HFI | 496 Massachusetts Ave | Cambridge | MA | 02139 | CV w/ Alcohol and Entertainment |
| HFI | 496 Massachusetts Ave | Cambridge | MA | 02139 | Food Establishment Permit |
| HFI | 496 Massachusetts Ave | Cambridge | MA | 02139 | Sidewalk Obstruction Permit |
| HFI | 496 Massachusetts Ave | Cambridge | MA | 02139 | Certificate of Inspection |
| HSC | 1 Oxford St | Cambridge | MA | 02138 | CV w/ Entertainment |
| HSC | 1 Oxford St | Cambridge | MA | 02138 | Certificate of Inspection |
| HSC | 1 Oxford St | Cambridge | MA | 02138 | Food Establishment Permit |
| HSQ | 1326 Massachusetts Ave | Cambridge | MA | 02138 | ABCC Retail License |
| HSQ | 1326 Massachusetts Ave | Cambridge | MA | 02138 | CV w/ Alcohol and Entertainment |
| HSQ | 1326 Massachusetts Ave | Cambridge | MA | 02138 | Food Establishment Permit |
| HSQ | 1326 Massachusetts Ave | Cambridge | MA | 02138 | Certificate of Inspection |
| HSQ | 1326 Massachusetts Ave | Cambridge | MA | 02138 | Sidewalk Obstruction Permit |
| HUB | 1075 Cambridge Street | Cambridge | MA | 02139 | ABCC Retail License |
| HUB | 1075 Cambridge Street | Cambridge | MA | 02139 | CV w/ Alcohol and Entertainment |
| HUB | 1075 Cambridge Street | Cambridge | MA | 02139 | Food Establishment Permit |
| HUB | 1075 Cambridge Street | Cambridge | MA | 02139 | Certificate of Inspection |
| HUB | 1075 Cambridge Street | Cambridge | MA | 02139 | Sidewalk Obstruction Permit |
| KIT | 1075 Cambridge Street | Cambridge | MA | 02139 | Food Processing and Wholesale |
| KIT | 1075 Cambridge Street | Cambridge | MA | 02139 | Mobile Food Truck Permit |
| KIT | 1075 Cambridge Street | Cambridge | MA | 02139 | Hawker/Peddler License - Phil Miguel |
| KIT | 1075 Cambridge Street | Cambridge | MA | 02139 | Kosher Certificate |
| KND | 5 Cambridge Center | Cambridge | MA | 02139 | ABCC Retail License |
| KND | 5 Cambridge Center | Cambridge | MA | 02139 | CV w/ Alcohol and Entertainment |
| KND | 5 Cambridge Center | Cambridge | MA | 02139 | Food Establishment Permit |
| KND | 5 Cambridge Center | Cambridge | MA | 02139 | Certificate of Inspection |
| KND | 5 Cambridge Center | Cambridge | MA | 02139 | Sidewalk Obstruction Permit |
| LMA | 360 Longwood Avenue | Boston | MA | 02215 | ABCC Retail License |
| LMA | 360 Longwood Avenue | Boston | MA | 02215 | CV w/ Alcohol |
| LMA | 360 Longwood Avenue | Boston | MA | 02215 | Health Permit |
| LMA | 360 Longwood Avenue | Boston | MA | 02215 | Certificate of Inspection |
| LMA | 360 Longwood Avenue | Boston | MA | 02215 | Place of Assembly |
| SUD | 536 Boston Post Road | Sudbury | MA | 01776 | Food Establishment Permit |
| WST | 160 Littlelton Road | Westford | MA | 01886 | Food Establishment Permit |
| NTV | 835 Washington Street | Newton | MA | 02460 | Common Victualler (No Alcohol) |
| NTV | 835 Washington Street | Newton | MA | 02460 | Food Establishment Permit |
| NTV | 835 Washington Street | Newton | MA | 02460 | Certificate of Inspection |
| PRU | 800 Boylston St | Boston | MA | 02199 | Certificate of Inspection |

In re: Clover Fast Food, Inc.

**SCHEDULE A/B**

Case No.

**#62 Attachment**

| PRU | 800 Boylston St | Boston | MA | 02199 | Common Victualler (No Alcohol) |
|-----|-----------------|--------|----|-------|--------------------------------|
| PRU | 800 Boylston St | Boston | MA | 02199 | Health Permit |
| PRU | 800 Boylston St | Boston | MA | 02199 | Place of Assembly |
| ROW | 330 Foley St | Somerville | MA | 02145 | Certificate of Inspection |
| ROW | 330 Foley St | Somerville | MA | 02145 | Common Victualler (No Alcohol) |
| ROW | 330 Foley St | Somerville | MA | 02145 | Health Permit |
| MFW | 1075 Cambridge St | Cambridge | MA | 02139 | Mobile Food Truck Health Permit - Boston |
| MFW | 1075 Cambridge St | Cambridge | MA | 02139 | Mobile Food Truck Health Permit - Somerville |

In re: Clover Fast Food, Inc.

Case No.

SCHEDULE A/B

**#62 Attachment**

**BUSINESS LICENSES**

| STORE | ADDRESS | CITY | STATE | ZIP | LICENSE TYPE |
|---|---|---|---|---|---|
| BUR | 100 Burlington Mall Road | Burlington | MA | 01803 | MT-1 MA Meals/Beverage Sales Tax Certificate |
| BUR | 100 Burlington Mall Road | Burlington | MA | 01803 | ST-1 MA Sales and Use Tax Certificate |
| DTX | 27 School Street | Boston | MA | 02109 | MT-1 MA Meals/Beverage Sales Tax Certificate |
| DTX | 27 School Street | Boston | MA | 02109 | ST-1 MA Sales and Use Tax Certificate |
| FIN | 161 Federal Street | Boston | MA | 02111 | MT-1 MA Meals/Beverage Sales Tax Certificate |
| FIN | 161 Federal Street | Boston | MA | 02111 | ST-1 MA Sales and Use Tax Certificate |
| HFI | 496 Massachusetts Ave | Cambridge | MA | 02139 | MT-1 MA Meals/Beverage Sales Tax Certificate |
| HFI | 496 Massachusetts Ave | Cambridge | MA | 02139 | ST-1 MA Sales and Use Tax Certificate |
| HSC | 1 Oxford St | Cambridge | MA | 02138 | MT-1 MA Meals/Beverage Sales Tax Certificate |
| HSC | 1 Oxford St | Cambridge | MA | 02138 | ST-1 MA Sales and Use Tax Certificate |
| HSQ | 1326 Massachusetts Ave | Cambridge | MA | 02138 | MT-1 MA Meals/Beverage Sales Tax Certificate |
| HSQ | 1326 Massachusetts Ave | Cambridge | MA | 02138 | ST-1 MA Sales and Use Tax Certificate |
| HUB | 1075 Cambridge Street | Cambridge | MA | 02139 | MT-1 MA Meals/Beverage Sales Tax Certificate |
| HUB | 1075 Cambridge Street | Cambridge | MA | 02139 | ST-1 MA Sales and Use Tax Certificate |
| KND | 5 Cambridge Center | Cambridge | MA | 02139 | MT-1 MA Meals/Beverage Sales Tax Certificate |
| KND | 5 Cambridge Center | Cambridge | MA | 02139 | ST-1 MA Sales and Use Tax Certificate |
| LMA | 360 Longwood Avenue | Boston | MA | 02215 | MT-1 MA Meals/Beverage Sales Tax Certificate |
| LMA | 360 Longwood Avenue | Boston | MA | 02215 | ST-1 MA Sales and Use Tax Certificate |
| SUD | 536 Boston Post Road | Sudbury | MA | 01776 | MT-1 MA Meals/Beverage Sales Tax Certificate |
| SUD | 536 Boston Post Road | Sudbury | MA | 01776 | ST-1 MA Sales and Use Tax Certificate |
| WST | 160 Littlelton Road | Westford | MA | 01886 | MT-1 MA Meals/Beverage Sales Tax Certificate |
| WST | 160 Littlelton Road | Westford | MA | 01886 | ST-1 MA Sales and Use Tax Certificate |
| NTV | 835 Washington Street | Newton | MA | 02460 | MT-1 MA Meals/Beverage Sales Tax Certificate |
| NTV | 835 Washington Street | Newton | MA | 02460 | ST-1 MA Sales and Use Tax Certificate |
| PRU | 800 Boylston St | Boston | MA | 02199 | MT-1 MA Meals/Beverage Sales Tax Certificate |
| PRU | 800 Boylston St | Boston | MA | 02199 | ST-1 MA Sales and Use Tax Certificate |
| ROW | 330 Foley St | Somerville | MA | 02145 | MT-1 MA Meals/Beverage Sales Tax Certificate |
| ROW | 330 Foley St | Somerville | MA | 02145 | ST-1 MA Sales and Use Tax Certificate |
| N/A | 1075 Cambridge Street | Cambridge | MA | 02139 | $5000 bond for Street Opening (Merchants Bonding Company) |
| IND | 50 Industrial Drive | Boston | MA | 02136 | Access license to remove all personal property |

**Fill in this information to identify the case:**

Debtor name    **Clover Fast Food, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **23-11812**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

| 2.1 | **Alliance Funding Group** | | |
|---|---|---|---|

Creditor's Name

**17542 17th Street
Suite 200
Tustin, CA 92780**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
6/15/22**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Equipment**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$189,975.47**      Value of collateral: **$0.00**

| 2.2 | **Ally Financial** | | |
|---|---|---|---|

Creditor's Name

**PO Box 380901
Bloomington, MN 55438**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
10/13/21**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Vehicle**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: **$41,041.50**      Value of collateral: **$0.00**

Debtor **Clover Fast Food, Inc.**
_____
Name

Case number _(if known)_    **23-11812**

---

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 | **Ally Financial** |
|---|---|

Creditor's Name

**PO Box 380901**
**Bloomington, MN 55438**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**10/14/21**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Vehicle**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$28,054.53 | $0.00

---

| 2.4 | **Ameris Bank dba Balboa Capital** |
|---|---|

Creditor's Name

**575 Anton Blvd**
**12th Floor**
**Costa Mesa, CA 92626**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**4/25/23**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Equipment**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$146,171.77 | $0.00

---

| 2.5 | **Ascentium Capital LLC** |
|---|---|

Creditor's Name

**23970 Highway 59 North**
**Kingwood, TX 77339**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Equipment**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No

$225,779.43 | $0.00

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 9

Debtor    **Clover Fast Food, Inc.**
_____
Name                                    Case number (if known)    **23-11812**

_____
Creditor's email address, if known

**Date debt was incurred**
**2/20/23**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ Yes
☐ **No**
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Balboa Capital Corporation** |
Creditor's Name

**575 Anton Blvd**
**12th Floor**
**Costa Mesa, CA 92626**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**8/6/22**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ **No**
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Equipment**                                    $146,357.47    $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☐ **No**
☐ Yes
**Is anyone else liable on this claim?**
☐ **No**
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Blue Bridge Financial LLC** |
Creditor's Name

**Two Fountain Square**
**11921 Freedom Drive**
**Suite 1130**
**Reston, VA 20190**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**4/1/21**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ **No**
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Equipment**                                    $49,530.82    $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☐ **No**
☐ Yes
**Is anyone else liable on this claim?**
☐ **No**
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | **Clover Fast Food, Inc.** | Case number (if known) | **23-11812** |
|---|---|---|---|
| | Name | | |

**2.8** | **Blue Bridge Financial LLC**
Creditor's Name

**Two Fountain Square**
**11921 Freedom Drive**
**Suite 1130**
**Reston, VA 20190**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/2/22**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Vehicles**    $127,158.34    $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.9** | **Blue58 LLC**
Creditor's Name

**10877 Wilshire Blvd Suite 660**
**Los Angeles, CA 90024**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**10/11/23**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Loan**    $754,000.00    $0.00

**Describe the lien**
**Security Agreement & UCC Financing Statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.10** | **Channel Partners Capital LLC**
Creditor's Name

**11100 Wayzata Boulevard**
**Suite 305**
**Minnetonka, MN 55305**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
**Vehicle**    $44,046.99    $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No

---

| Debtor | **Clover Fast Food, Inc.** | | Case number (if known) | **23-11812** |
|---|---|---|---|---|
| | Name | | | |

**6/18/22**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **CIT Bank** | Describe debtor's property that is subject to a lien | $90,039.52 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Equipment** | | |

**155 Commerce Way**
**Portsmouth, NH 03801**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**6/22/22**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Crestmark** | Describe debtor's property that is subject to a lien | $178,761.05 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Vehicles** | | |

**5480 Corporate Drive**
**Suite 350**
**Troy, MI 48098**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**4/1/22**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Crown Credit Company** | Describe debtor's property that is subject to a lien | $2,012.71 | $0.00 |
|---|---|---|---|---|

Debtor **Clover Fast Food, Inc.**
_____
Name

Case number (if known) **23-11812**

---

Creditor's Name
**44 South Washington
Street
New Bremen, OH 45869**
Creditor's mailing address

**Equipment**

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**
**2/1/22**
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Fidelity Capital Partners LLC** |
|---|---|

Creditor's Name
**19600 Fairchild Road
Suite 120A
Irvine, CA 92612**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Equipment**

$100,850.92    $0.00

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**
**12/1/21**
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **M2 Equipment Finance** |
|---|---|

Creditor's Name
**20800 Swenson Drive
Suite 475
Waukesha, WI 53186**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Vehicles**

$29,724.01    $0.00

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**
**1/10/22**
**Last 4 digits of account number**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 9

| Debtor | **Clover Fast Food, Inc.** | Case number (if known) | **23-11812** |
|---|---|---|---|
| | Name | | |

---

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.16 | | | | |
|---|---|---|---|---|
| **Mercedes-Benz Financial Services** | Describe debtor's property that is subject to a lien | | $59,231.41 | $0.00 |
| Creditor's Name | **Vehicles** | | | |

**14372 Heritage Parkway
Fort Worth, TX 76177**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**12/31/20**
Last 4 digits of account number

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.17 | | | | |
|---|---|---|---|---|
| **Mitsubishi HC Capital America Inc** | Describe debtor's property that is subject to a lien | | $28,741.34 | $0.00 |
| Creditor's Name | **Vehicles** | | | |

**800 Connecticut Avenue
4th Floor North
Norwalk, CT 06854**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**10/29/21**
Last 4 digits of account number

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.18 | | | | |
|---|---|---|---|---|
| **Navitas Credit Corp** | Describe debtor's property that is subject to a lien | | $98,461.25 | $0.00 |
| Creditor's Name | **Equipment** | | | |

**PO Box 935204
Atlanta, GA 31193**

---

Debtor    **Clover Fast Food, Inc.**
_____
Name                                                          Case number (if known)    **23-11812**

| Creditor's mailing address | **Describe the lien** |
| | |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **6/15/22** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.19 | **NewLane Finance Company** | **Describe debtor's property that is subject to a lien** | **$19,713.58** | **$0.00** |
| | Creditor's Name | **Equipment** | | |
| | **123 South Broad Street 17th Floor Philadelphia, PA 19109** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **11/1/21** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.20 | **NewLane Finance Company** | **Describe debtor's property that is subject to a lien** | **$39,673.97** | **$0.00** |
| | Creditor's Name | **Equipment** | | |
| | **123 South Broad Street 17th Floor Philadelphia, PA 19109** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **3/14/22** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |

---

| Debtor | **Clover Fast Food, Inc.** | | Case number (if known) | **23-11812** |
|---|---|---|---|---|

Name

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.2 1 | **NewLane Finance Company** | | |
|---|---|---|---|

Creditor's Name

**123 South Broad Street 17th Floor Philadelphia, PA 19109**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred 10/1/22**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Equipment**

$23,099.35     $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $2,422,425.43 |
|---|---|---|

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **AIS Portfolio Services LLC Attn Ally Bank Department Accounts 4901 & 5031 4515 N Santa Fe Ave Dept APS Oklahoma City, OK 73118** | Line **2.2** | |
| **AIS Portfolio Services LLC Attn Ally Bank Department Accounts 4901 & 5031 4515 N Santa Fe Ave Dept APS Oklahoma City, OK 73118** | Line **2.3** | |
| **Mark F Magnozzi The Magnozzi Law Firm PC 23 Green Street, Suite 302 Huntington, NY 11743** | Line **2.17** | |
| **Weinberg Gonser LLP 10866 Wilshire Blvd Suite 1650 Los Angeles, CA 90024** | Line **2.9** | |

---

**Fill in this information to identify the case:**

Debtor name    **Clover Fast Food, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **23-11812**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**City of Boston - Personal Property Tax**<br>**Box 55808**<br>**Boston, MA 02205** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$160.00** | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>**City of Cambridge**<br>**Finance Department**<br>**795 Massachusetts Avenue**<br>**Cambridge, MA 02139** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,492.48** | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |

Debtor **Clover Fast Food, Inc.**      Case number (if known) **23-11812**
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $297.59 | $0.00 |
|---|---|---|---|---|

**City of Newton**
**PO Box 9137**
**Newton, MA 02460-9137**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $279.83 | $0.00 |
|---|---|---|---|---|

**EyeMed**
**Fidelity Life Insurance Co**
**PO Box 632530**
**Cincinnati, OH 45263-2530**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Eye Insurance**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

☑ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,000.00 | $0.00 |
|---|---|---|---|---|

**Massachusetts Dept of Revenue**
**PO Box 7062**
**Boston, MA 02204**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,415.14 |
|---|---|---|---|

**160 Federal Lower REIT II B LLC**
**PO Box 6112**
**Property ID HHJ001**
**Hicksville, NY 11802**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __Lease__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,417.52 |
|---|---|---|---|

**Agawam ORF1 LLC**
**133 Boston Post Road**
**Building 15, 2nd Floor**
**Weston, MA 02493**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __Trade Debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Clover Fast Food, Inc.** | | Case number (if known) | **23-11812** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,715.12 |
|---|---|---|---|
| | **Airgas USA LLC**<br>**PO Box 734445**<br>**Chicago, IL 60673-4445** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Trade Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,146.29 |
|---|---|---|---|
| | **Alewife Co Inc**<br>**254 Prospect Street**<br>**Cambridge, MA 02139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Services | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,480.00 |
|---|---|---|---|
| | **All Souls Tortilleria**<br>**191 North Union Street**<br>**Burlington, VT 05401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Trade Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $22,014.63 |
|---|---|---|---|
| | **American Express - Green 31002**<br>**PO Box 981540**<br>**El Paso, TX 79998-1540** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Trade Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $31,580.00 |
|---|---|---|---|
| | **Andrew Lacasse**<br>Address on File | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Trade Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,220.00 |
|---|---|---|---|
| | **Arctic Glacier Premium Ice**<br>**Payment Processing Center**<br>**PO Box 856530**<br>**Minneapolis, MN 55485-6530** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Trade Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $113,750.70 |
|---|---|---|---|
| | **Arrow Paper Corp**<br>**228 Andover Street**<br>**Wilmington, MA 01887** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Trade Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Clover Fast Food, Inc.** | Case number (if known) | **23-11812** |
|---|---|---|---|
| | Name | | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $712.17 |
|---|---|---|---|

**Athena Teas**
**378 Baltic Street #9B**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,411.00 |
|---|---|---|---|

**Autumn Hills Orchard**
**PO Box 801**
**Groton, MA 01450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,923.95 |
|---|---|---|---|

**B and G Restaurant Supply Inc**
**369 University Avenue**
**Westwood, MA 02090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,113.75 |
|---|---|---|---|

**Baer's Best Farm**
**39 Pond Road**
**South Berwick, ME 03908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $62,631.32 |
|---|---|---|---|

**Baldor Boston LLC**
**PO Box 32129**
**New York, NY 10087-4129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $241.50 |
|---|---|---|---|

**Berkshire Mountain Bakery Inc**
**PO Box 785**
**Housatonic, MA 01236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Bloomscapes**
    Address on File

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Clover Fast Food, Inc.**                                   Case number (if known)   **23-11812**
_____
Name

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00** |

**BLW Engineers Inc**
**PO Box 1551**
**311 Great Road**
**Littleton, MA 01460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32,458.71** |

**Boston Properties Limited Partnership**
**800 Boylston Street**
**Suite 1900**
**Boston, MA 02199**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$91,414.82** |

**Boston Showcase Company Inc**
**66 Winchester Street**
**PO Box 610254**
**Newton Highlands, MA 02461-0254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Breville USA Inc**
**PO Box 347286**
**Pittsburgh, PA 15251-4286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,037.50** |

**Brookford Farm**
**250 West Road**
**Canterbury, NH 03224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$176.12** |

**Brookline Ice**
**225 Southampton Street**
**Boston, MA 02118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$470.00** |

**Burke Distributing**
**PO Box 168**
**Randolph, MA 02368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Clover Fast Food, Inc.** | Case number (if known) | **23-11812** |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,049.49 |
|---|---|---|---|

**Business Resources Inc**
**8 Lyman Street**
**Suite 201**
**Westborough, MA 01581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,230.00 |
|---|---|---|---|

**CBIZ Operations Inc**
**PO Box 956793**
**St Louis, MO 63195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Central Bakery Inc**
**732 Cambridge Street**
**Cambridge, MA 02141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,607.00 |
|---|---|---|---|

**Central Pest Control LLC**
**572 East Street**
**Weymouth, MA 02189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,025.81 |
|---|---|---|---|

**Champlain Valley Apiaries**
**PO Box 127**
**Middlebury, VT 05753-0127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65.44 |
|---|---|---|---|

**Cintas Corp 016**
**PO Box 630803**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,866.20 |
|---|---|---|---|

**City of Cambridge - Water Department**
**250 Fresh Pond Parkway**
**Cambridge, MA 02138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Clover Fast Food, Inc.** | Case number (if known) | **23-11812** |
|---|---|---|---|
| | Name | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,860.36 |
|---|---|---|---|
| | **Coliseum Companies**<br>**45 Industrial Boulevard**<br>**Brockton, MA 02301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170,216.32 |
|---|---|---|---|
| | **Community Church of Boston**<br>**565 Boylston Street**<br>**Boston, MA 02116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Lease__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,347.27 |
|---|---|---|---|
| | **Costa Fruit and Produce Company Inc**<br>**PO Box 843009**<br>**Boston, MA 02284-3009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.00 |
|---|---|---|---|
| | **Craft Beer Guild Distributions LLC**<br>**170 Market Street**<br>**Everett, MA 02149** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|
| | **Dominic Amenta**<br>Address on File | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,097.59 |
|---|---|---|---|
| | **Ecolab**<br>**PO Box 32027**<br>**New York, NY 10087-2027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,528.84 |
|---|---|---|---|
| | **Elge Plumbing and Heating Co Inc**<br>**PO Box 1070**<br>**Burlington, MA 01803** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Clover Fast Food, Inc.** | Case number (if known) | **23-11812** |
|---|---|---|---|
| | Name | | |

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00**

**Eton Venture Services Ltd Co LLC**
**3112 Windsor Road**
**Suite A237**
**Austin, TX 78703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Services**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,600.80**

**Eversource**
**PO Box 56007**
**Boston, MA 02205-6007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Utility**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,439.44**

**Faire**
**100 Potrero Avenue**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,123.42**

**Fenway Group**
**870 Commonwealth Avenue**
**Boston, MA 02215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Services**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,477.08**

**Fernando Laranjeira**
  Address on File

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Lease**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,025.86**

**Fire King Baking Company**
**185 Campanelli Drive**
**Braintree, MA 02184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$728.00**

**Fish Window Cleaning 2300**
**PO Box 242**
**Woburn, MA 01801-0342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Clover Fast Food, Inc.**                    Case number (if known)   **23-11812**
_____
Name

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,725.34 |
|---|---|---|---|

**Fully Promoted**
**1191 Chestnut Street**
**Newton, MA 02464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,462.00 |
|---|---|---|---|

**Gardener On The Hill LLC**
**474 Broadway**
**Suite 27**
**Somerville, MA 02145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,068.09 |
|---|---|---|---|

**George Howell Coffee**
**312 School Street**
**Acton, MA 01720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,628.53 |
|---|---|---|---|

**Gordon Food Services Inc**
**PO Box 88029**
**Chicago, IL 60680-1029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,715.72 |
|---|---|---|---|

**Griffin Reid Mechanical**
**30 Ashland Road**
**Boxford, MA 01921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $332.56 |
|---|---|---|---|

**Heroku**
**1 Market Street**
**Suite 300**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,348.89 |
|---|---|---|---|

**Impact Fire Services LLC**
**26 Hampshire Drive**
**Hudson, NH 03051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Clover Fast Food, Inc.** | Case number (if known) | **23-11812** |
|---|---|---|---|

Name

---

**3.52** | Nonpriority creditor's name and mailing address

**Innovative Bakery Concepts LLC**
**140R Adams Street**
**Newton, MA 02458**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$612.50**

---

**3.53** | Nonpriority creditor's name and mailing address

**Interstate Food Equipment Service**
**43 Sharon Street**
**Malden, MA 02148**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,044.99**

---

**3.54** | Nonpriority creditor's name and mailing address

**Jessica Bower**
Address on File

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Employment Dispute**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.55** | Nonpriority creditor's name and mailing address

**Joe Warren and Sons Co Inc**
**50 Kerry Place**
**Norwood, MA 02062**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,246.88**

---

**3.56** | Nonpriority creditor's name and mailing address

**Juanita Mejia Velez**
**c/o Maria Mancini Scott**
**Mancini Scott Law**
**2 Lakeshore Center, 3rd Floor**
**Bridgewater, MA 02324**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Employment Dispute**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.57** | Nonpriority creditor's name and mailing address

**Justin Kelly**
Address on File

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$26,565.73**

---

**3.58** | Nonpriority creditor's name and mailing address

**JW Lopes LLC**
**128 Carter Street**
**Chelsea, MA 02150**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Clover Fast Food, Inc.** | Case number (if known) | **23-11812** |
|---|---|---|---|
| | Name | | |

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$31,385.59** |
|---|---|---|---|

**Knickerbocker Longwood LLC**
**c/o Clarion Partners LLC**
**101 Arch Street 17th Floor**
**Boston, MA 02110**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lease__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,146.93** |
|---|---|---|---|

**Lando and Anastasi LLP**
**60 State Street**
**23rd Floor**
**Boston, MA 02109**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$17,257.07** |
|---|---|---|---|

**LC Anderson Inc**
**15 Soldiers Field Place**
**Boston, MA 02135-1103**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,729.32** |
|---|---|---|---|

**LEAF**
**PO Box 95205**
**Chicago, IL 60694-5205**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,500.00** |
|---|---|---|---|

**LFT Joy Street LLC**
**75 Cambridge Parkway**
**Suite 100**
**Cambridge, MA 02142**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$270.30** |
|---|---|---|---|

**Lindenmeyr Munroe**
**190 Mechanic Street**
**Bellingham, MA 02019**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Lindsay Boffoli**
Address on File

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Employment Dispute__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Clover Fast Food, Inc.** | Case number (if known) | **23-11812** |
|---|---|---|---|
| | Name | | |

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,533.00** |
|---|---|---|---|

**Linear Retail Properties LLC**
**Department 2890**
**PO Box 986500**
**Boston, MA 02298-6500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Lease**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,830.52** |
|---|---|---|---|

**Little Wolf Coffee**
**125A High Street**
**Ipswich, MA 01938**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,526.61** |
|---|---|---|---|

**Maine Grains**
**42 Court Street**
**PO Box 2060**
**Skowhegan, ME 04976**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,807.99** |
|---|---|---|---|

**Mount Auburn Electric**
**8 Warren Street**
**Cambridge, MA 02141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$416.35** |
|---|---|---|---|

**Multi Flow Industries LLC**
**1434 County Line Road**
**Huntingdon Valley, PA 19006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,602.29** |
|---|---|---|---|

**Myers Produce LLC**
**PO Box 48**
**Craftsbury, VT 05826**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,264.22** |
|---|---|---|---|

**National Grid**
**PO Box 11735**
**Newark, NJ 07101-4735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Utility**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Clover Fast Food, Inc.** | Case number (if known) | **23-11812** |
|---|---|---|---|
| | Name | | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,958.57 |
|---|---|---|---|

**Native Maine Operations Inc**
**10 Bradley Drive**
**Westbrook, ME 04092-2011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $791.83 |
|---|---|---|---|

**NBM**
**24 Terry Avenue**
**Burlington, MA 01803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,919.60 |
|---|---|---|---|

**Next Barn Over Farm LLC**
**PO Box 92**
**Hadley, MA 01035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Nissenbaum's Auto Parts Inc.**
**139 Harwich Road**
**Newton, MA 02167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,899.00 |
|---|---|---|---|

**Northeast Cutlery LLC**
**244 Ash Street**
**Reading, MA 01867**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71,810.99 |
|---|---|---|---|

**NS 27 School LLC**
**c/o Synergy Investments**
**Ten Post Office Square**
**14th Floor**
**Boston, MA 02109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,780.48 |
|---|---|---|---|

**Occupier Inc**
**175 Greenwich Street**
**Floor 38**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Clover Fast Food, Inc.** _____  Case number (if known)  **23-11812**
Name

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,567.10** |
|---|---|---|---|

**Pain D'Avignon**
PO Box 845884
Boston, MA 02884-5884

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,050.00** |
|---|---|---|---|

**Philip Rainville**
Address on File

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$37,993.41** |
|---|---|---|---|

**President and Fellows of Harvard College**
c/o Reema Khan
60 JFK Street
MA 02318

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Print Resource**
8 Lyman Street
Westborough, MA 01581

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**QTrade Teas and Herbs**
16205 Distribution Way
Cerritos, CA 90703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,385.90** |
|---|---|---|---|

**Rand Whitney Container LLC**
1 Agrand Street
Worcester, MA 01607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,744.00** |
|---|---|---|---|

**Rathbuns Maple**
1208 Hatch Hill Road
Whitehall, NY 12887

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Clover Fast Food, Inc.** | Case number (if known) | **23-11812** |
|---|---|---|---|
| | Name | | |

---

**3.87** | Nonpriority creditor's name and mailing address

**Red Fire Farm**
**184 Meadow Road**
**Montague, MA 01351**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,314.00**

---

**3.88** | Nonpriority creditor's name and mailing address

**Republic Services**
**For AWS of Massachusetts LLC**
**PO Box 9001099**
**Louisville, KY 40290-1099**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,459.41**

---

**3.89** | Nonpriority creditor's name and mailing address

**RI Mushroom Co LLC**
**PO Box 23**
**Republic Services 094**
**West Kingston, RI 02892**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,699.55**

---

**3.90** | Nonpriority creditor's name and mailing address

**Riverside Property Management LLC**
**PO Box 440317**
**File 2034**
**West Somerville, MA 02144**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,968.96**

---

**3.91** | Nonpriority creditor's name and mailing address

**RLF Trading Inc**
**1255 Cambridge Street**
**Cambridge, MA 02139**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$7,026.86**

---

**3.92** | Nonpriority creditor's name and mailing address

**RTXO Ltd**
**501 8th Avenue #1**
**Brooklyn, NY 11215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,718.75**

---

**3.93** | Nonpriority creditor's name and mailing address

**Safety and First-Aid Education**
**5 Otsego Avenue**
**Lowell, MA 01851-4509**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$339.30**

---

| Debtor | **Clover Fast Food, Inc.** | Case number (if known) | **23-11812** |
|---|---|---|---|
| | Name | | |

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,529.00** |
|---|---|---|---|
| | **Sasha Dhanjal** | ☐ Contingent | |
| | Address on File | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade Debt | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00** |
|---|---|---|---|
| | **Scalar LLC** | ☐ Contingent | |
| | **PO Box 1031** | ☐ Unliquidated | |
| | **Draper, UT 84020** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Services | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,238.20** |
|---|---|---|---|
| | **Seven Hills Farmstead LLC** | ☐ Contingent | |
| | **100 Hanover Street** | ☐ Unliquidated | |
| | **Boston, MA 02108** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade Debt | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$172,155.15** |
|---|---|---|---|
| | **Shirazi Distributing Inc** | ☐ Contingent | |
| | **138 Newmarket Square** | ☐ Unliquidated | |
| | **Boston, MA 02118** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade Debt | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,034.47** |
|---|---|---|---|
| | **Speedwell Coffee Company Inc** | ☐ Contingent | |
| | **208 South Meadow Road** | ☐ Unliquidated | |
| | **Plymouth, MA 02360** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade Debt | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,088.04** |
|---|---|---|---|
| | **Stacia Brezinski** | ☐ Contingent | |
| | Address on File | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,675.00** |
|---|---|---|---|
| | **Steez Design** | ☐ Contingent | |
| | **41 West Main Street** | ☐ Unliquidated | |
| | **Newton, NH 03858** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Services | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Clover Fast Food, Inc.** | Case number (if known) | **23-11812** |
|---|---|---|---|
| | Name | | |

---

**3.101**

**Nonpriority creditor's name and mailing address**

**Street Retail LLC**
**c/o Federal Realty OP LP**
**Lockbox #9320**
**PO Box 8500**
**Philadelphia, PA 19178-9320**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$33,718.02**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102**

**Nonpriority creditor's name and mailing address**

**Tandem Coffee Roasters**
**122 Anderson Street**
**Portland, ME 04101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$2,878.12**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103**

**Nonpriority creditor's name and mailing address**

**Taylor Harper**
Address on File

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$1,105.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104**

**Nonpriority creditor's name and mailing address**

**The Katsiroubas Family Real Estate**
**Partnership LLC**
Address on File

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$3,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105**

**Nonpriority creditor's name and mailing address**

**The O'Keefe Group LLC**
**PO Box 1240**
**Attleboro, MA 02703**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$798.22**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106**

**Nonpriority creditor's name and mailing address**

**Town of Burlington**
**Commercial Water Bill**
**PO Box 96**
**Burlington, MA 01803**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$502.13**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107**

**Nonpriority creditor's name and mailing address**

**Townsend Vermont Holdings Inc**
**400 Linden Street**
**Brattleboro, VT 05301-4474**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$5,146.03**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Clover Fast Food, Inc.** | Case number (if known) | **23-11812** |
|---|---|---|---|
| | Name | | |

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$626.22** |
|---|---|---|---|

**Valley Service Inc**
687 Lowell Street
Methuen, MA 01844

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,989.00** |
|---|---|---|---|

**Verrill Farm**
11 Wheeler Road
Concord, MA 01742

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,882.00** |
|---|---|---|---|

**Walker Development & Construction**
5 Mt Royal Avenue
Suite 40
Marlborough, MA 01752

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,634.63** |
|---|---|---|---|

**Washington Place Owner LLC**
Attn Management Office
845 Washington Street
Newton, MA 02460

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease**

Is the claim subject to offset? ■ No ☐ Yes

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,500.00** |
|---|---|---|---|

**WGBH Educational Foundation**
PO Box 414670
Boston, MA 02241-4670

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,078.81** |
|---|---|---|---|

**Whole Foods Market**
Attn Third Party Vendors
311 Bowie Street
Suite 800
Austin, TX 78703

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$159.38** |
|---|---|---|---|

**Yellow Circle LLC**
7 B Street Bldg 11
Auburn, MA 01501

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Clover Fast Food, Inc.** | | Case number (if known) | **23-11812** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,500.00 |
|---|---|---|---|
| | **ZoomInfo**<br>**805 Broadway Street**<br>**Suite 900**<br>**Vancouver, WA 98660** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

### Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order** any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Blake A Surbey**<br>**McCarron Diess**<br>**4530 Wisconsin Ave NW Suite 301**<br>**Washington, DC 20016** | Line **3.33**<br>☐ Not listed. Explain ____ | __ |
| 4.2 | **CBIZ MHM LLC**<br>**500 Boylston Street**<br>**4th Floor**<br>**Boston, MA 02116** | Line **3.25**<br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Community Church of Boston**<br>**c/o Howard S Goldman Esq**<br>**Goldman & Pease LLC**<br>**160 Gould Street Suite 320**<br>**Needham Heights, MA 02494** | Line **3.32**<br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Elihu E Allinson III**<br>**Sullivan Hazeltine Allinson LLC**<br>**919 N Market Street, Suite 420**<br>**Wilmington, DE 19801** | Line **3.14**<br>☐ Not listed. Explain ____ | __ |
| 4.5 | **Jessica Bower**<br>**c/o Bruce Matzkin, Esq.**<br>**195 Washington Street**<br>**Malden, MA 02148** | Line **3.54**<br>☐ Not listed. Explain ____ | __ |
| 4.6 | **John G. Loughnane**<br>**White and Williams LLP**<br>**101 Arch Street, Suite 1930**<br>**Boston, MA 02110** | Line **3.78**<br>☐ Not listed. Explain ____ | __ |
| 4.7 | **John M Craig**<br>**Law Firm of Russell R Johnson III PLC**<br>**2258 Wheatlands Drive**<br>**Manakin Sabot, VA 23103** | Line **3.39**<br>☐ Not listed. Explain ____ | __ |
| 4.8 | **LEAF**<br>**PO Box 5066**<br>**Hartford, CT 06102-7924** | Line **3.62**<br>☐ Not listed. Explain ____ | __ |
| 4.9 | **Leslie C. Heilman**<br>**Ballard Spahr LLP**<br>**919 N Market Street, 11th Floor**<br>**Wilmington, DE 19801** | Line **3.101**<br>☐ Not listed. Explain ____ | __ |

---

| Debtor | **Clover Fast Food, Inc.** | | Case number (if known) | **23-11812** |
| | Name | | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.10**   **Lindsay Boffoli** <br> **c/o Clippinger Employment Law** <br> **One Boston Place, Suite 2600** <br> **Boston, MA 02108** | Line **3.65** <br><br> ☐ Not listed. Explain ____ | _ |
| **4.11**   **Mary Jean Fassett** <br> **McCarron & Diess** <br> **4530 Wisconsin Ave NW** <br> **Suite 301** <br> **Washington, DC 20016** | Line **3.14** <br><br> ☐ Not listed. Explain ____ | _ |
| **4.12**   **Michael A. Ingrassia** <br> **White and Williams LLP** <br> **600 North King Street, Suite 800** <br> **Wilmington, DE 19801** | Line **3.78** <br><br> ☐ Not listed. Explain ____ | _ |
| **4.13**   **NS 27 School LLC** <br> **c/o Synergy Financial LLC** <br> **Ten Post Office Square** <br> **Boston, MA 02109** | Line **3.78** <br><br> ☐ Not listed. Explain ____ | _ |
| **4.14**   **President and Fellows of Harvard** <br> **University** <br> **46 Blackstone Street** <br> **Cambridge, MA 02139** | Line **3.82** <br><br> ☐ Not listed. Explain ____ | _ |
| **4.15**   **Street Retail LLC** <br> **c/o Eckert Seamans Cherin** <br> **Two International Place** <br> **16th Floor** <br> **Boston, MA 02110** | Line **3.101** <br><br> ☐ Not listed. Explain ____ | _ |
| **4.16**   **William F Taylor Jr** <br> **McCarter & English LLP** <br> **405 N King Street, 8th Floor** <br> **Wilmington, DE 19801** | Line **3.39** <br><br> ☐ Not listed. Explain ____ | _ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 11,229.90 |
| 5b. Total claims from Part 2 | 5b. | + $ | 1,413,580.71 |
| 5c. Total of Parts 1 and 2 <br> Lines 5a + 5b = 5c. | 5c. | $ | 1,424,810.61 |

**Fill in this information to identify the case:**

Debtor name      **Clover Fast Food, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **23-11812**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*      *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Lease for premises at 160 Federal Street, Boston, MA** | |
| State the term remaining **1/31/2029** | **160 Federal Owner LLC c/o 160 Federal Street Property LLC PO Box 419098 Boston, MA 02241** |
| List the contract number of any government contract | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease No. 22-16386** | |
| State the term remaining **6/15/27** | **Alliance Funding Group 17542 17th Street Suite 200 Tustin, CA 92780** |
| List the contract number of any government contract | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Consulting Contract** | |
| State the term remaining | **Antares Group Inc 980 Washington St Suite 217 Dedham, MA 02026** |
| List the contract number of any government contract | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Software Contract** | |
| State the term remaining | **Antares Group Inc 980 Washington St Suite 217 Dedham, MA 02026** |
| List the contract number of any government contract | |

| Debtor 1 | **Clover Fast Food, Inc.** | | Case number *(if known)* | **23-11812** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for premises at 5 Cambridge Center, Cambridge, MA** | |
|---|---|---|---|
| | State the term remaining | **12/31/2023** | **BP Five CC LLC c/o Boston Properties LP PO Box 3357 Boston, MA 02241** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for premises at 800 Boylston Street #15, Boston, MA** | |
|---|---|---|---|
| | State the term remaining | **approx. 6/30/2026** | **BP Prucenter Acquisition LLC c/o Boston Properties LP 800 Boylston Street Suite 1900 Boston, MA 02199** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for premises at 494-496 Massachusetts Avenue, Cambridge, MA** | |
|---|---|---|---|
| | State the term remaining | **7/31/2024** | **Central Property Management LLC c/o Riverside Property Management LLC PO Box 440317 File 2034 Somerville, MA 02144** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for premises at 565 Boylston Street, Boston, MA** | |
|---|---|---|---|
| | State the term remaining | **approx. 6/2032** | **Community Church of Boston 565 Boylston Street Boston, MA 02116** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Master Lease Agreement** | |
|---|---|---|---|
| | State the term remaining | **1/1/25** | **Crown Credit Company 44 South Washington Street New Bremen, OH 45869** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Clover Fast Food, Inc.** | | Case number *(if known)* | **23-11812** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## ■ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for premises at 1075-1079 Cambridge Street, Cambridge, MA** | |
|---|---|---|---|
| | State the term remaining | **2/28/2026** | **Fernando L Laranjeira Realty Trust** Address on File |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Main Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Heroku 1 Market Street Suite 300 San Francisco, CA 94105** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for premises at 360 Longwood Avenue, Boston, MA** | |
|---|---|---|---|
| | State the term remaining | **9/30/2026** | **Knickerbocker Longwood LLC c/o Clarion Partners LLC 101 Arch Street 17th Floor Boston, MA 02110** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Parking Lease** | |
|---|---|---|---|
| | State the term remaining | | **LFT Joy Street LLC 75 Cambridge Parkway Suite 100 Cambridge, MA 02142** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for premises at 68-82 Burlington Mall Road, Burlington, MA** | |
|---|---|---|---|
| | State the term remaining | **6/30/2030** | **Linear Retail Burlington #1 LLC c/o Linear Retail Properties LLC Department 2890 PO Box 986500 Boston, MA 02298** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Clover Fast Food, Inc.** | | | Case number *(if known)* | **23-11812** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for professional-grade printer** | |
|---|---|---|---|
| | State the term remaining | | **NBM** |
| | List the contract number of any government contract | | **24 Terry Avenue Burlington, MA 01803** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Maintenance Agreement** | |
|---|---|---|---|
| | State the term remaining | | **NBM** |
| | List the contract number of any government contract | | **24 Terry Avenue Burlington, MA 01803** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for premises at 25-27 School Street, Boston, MA** | |
|---|---|---|---|
| | State the term remaining | **2/28/2026** | **NS 27 School LLC c/o Synergy Investments Ten Post Office Square 14th Floor Boston, MA 02109** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for premises at 1 Oxford Street, Cambridge, MA** | |
|---|---|---|---|
| | State the term remaining | **6/30/25** | **President and Fellows of Harvard College c/o Reema Khan 60 JFK Street  MA 02318** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for premises at 1326 Massachusetts Avenue, Cambridge, MA** | |
|---|---|---|---|
| | State the term remaining | **12/31/2025** | **President and Fellows of Harvard University 46 Blackstone Street Cambridge, MA 02139** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Clover Fast Food, Inc.** | Case number *(if known)* | **23-11812** |
| | First Name   Middle Name   Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for premises at 835 Washington Street, Newton, MA** | |
| | State the term remaining | **2/28/2031** | **Washington Place Owner LLC Attn Management Office 845 Washington Street Newton, MA 02460** |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Supplier License Agreement** | |
| | State the term remaining | **9/24/2024** | **Whole Foods Market Group, Inc. 550 Bowie Street Austin, TX 78703** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **Clover Fast Food, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **23-11812**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | | | | Name | *Check all schedules that apply:* |
|---|---|---|---|---|---|---|---|
| 2.1 | | Street | | | | | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | | |
| 2.2 | | Street | | | | | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | | |
| 2.3 | | Street | | | | | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | | |
| 2.4 | | Street | | | | | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | | |

**Fill in this information to identify the case:**

Debtor name    **Clover Fast Food, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **23-11812**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 1, 2023**    X **/s/ Julia Wrin Piper**
_____
Signature of individual signing on behalf of debtor

**Julia Wrin Piper**
_____
Printed name

**Chief Executive Officer**
_____
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Clover Fast Food, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **23-11812**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$15,113,019.00** |
| **For year before that:** From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$11,847,686.00** |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|---|
| 3.1. | **American Express - Bonvoy 31007**<br>**PO Box 981540**<br>**El Paso, TX 79998-1540** | 7/31/23,<br>8/7/23,<br>8/21/23,<br>9/5/23,<br>9/11/23,<br>9/19/23 | $84,332.35 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | Clover Fast Food, Inc. | | Case number *(if known)*  **23-11812** |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| **3.2.** **Knickerbocker Longwood LLC**<br>**Dept 880080**<br>**PO Box 29650**<br>**Phoenix, AZ 85038-9650** | **7/27/23,**<br>**9/7/23,**<br>**10/13/23** | **$123,677.35** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Lease payments** |
| **3.3.** **Arrow Paper Corp**<br>**228 Andover Street**<br>**Wilmington, MA 01887** | **7/20/23,**<br>**7/27/23,**<br>**8/3/23,**<br>**8/10/23,**<br>**8/17/23,**<br>**8/24/23,**<br>**8/31/23,**<br>**9/11/23,**<br>**9/14/23,**<br>**9/24/23,**<br>**9/28/23,**<br>**10/5/23,**<br>**10/15/23** | **$196,939.65** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.4.** **Boston Properties Limited Partnership**<br>**800 Boylston Street**<br>**Suite 1900**<br>**Boston, MA 02199** | **7/27/23,**<br>**9/7/23,**<br>**10/13/23** | **$82,021.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.5.** **Boston Showcase Company Inc**<br>**66 Winchester Street**<br>**PO Box 610254**<br>**Newton Highlands, MA 02461-0254** | **7/20/23,**<br>**7/27/23,**<br>**8/3/23,**<br>**8/10/23,**<br>**8/24/23** | **$65,285.25** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.6.** **Riverside Property Management LLC**<br>**c/o Riverside Management Inc**<br>**PO Box 440317**<br>**File 2034**<br>**West Somerville, MA 02144** | **10/13/23** | **$13,937.92** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.7.** **City of Cambridge** | **10/16/23** | **$7,877.58** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.8.** **Eversource**<br>**PO Box 56007**<br>**Boston, MA 02205-6007** | **7/20/23,**<br>**8/16/23,**<br>**8/24/23,**<br>**9/15/23,**<br>**9/22/23,**<br>**10/13/23** | **$99,262.72** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor    **Clover Fast Food, Inc.**                                              Case number *(if known)* **23-11812**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.9. **Harvard Pilgrim Health Care** PO Box 970050 Boston, MA 02297-0050 | 7/18/23, 8/4/23, 9/6/23, 10/4/23 | $117,206.33 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.10. **President and Fellows of Harvard University** | 7/28/23 | $21,128.13 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other  **Lease payment** |
| 3.11. **Linear Retail Properties LLC** Department 2890 PO Box 986500 Boston, MA 02298 | 7/27/23, 9/7/23, 10/13/23 | $58,722.40 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other  **Lease payments** |
| 3.12. **NS 27 School LLC** c/o Synergy Investments Ten Post Office Square 14th Floor Boston, MA 02109 | 7/27/23, 9/7/23 | $45,749.66 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other  **Lease payments** |
| 3.13. **Republic Services** for AWS of Massachussetts LLC PO Box 9001099 Louisville, KY 40290-1099 | 7/20/23, 8/31/23, 10/16/23 | $27,851.86 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.14. **Shirazi Distributing Inc** 138 Newmarket Square Boston, MA 02118 | 7/20/23, 7/27/23, 8/3/23, 8/10/23, 8/17/23, 8/24/23, 8/31/23, 9/11/23, 9/14/23, 9/24/23, 9/28/23, 10/5/23, 10/15/23 | $350,890.41 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.15. **Fernando L Laranjeira Realty Trust** Address on File | 7/27/23, 9/7/23, 10/13/23 | $55,431.24 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other  **Lease payments** |

Debtor    **Clover Fast Food, Inc.** _____    Case number *(if known)* **23-11812**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.16. **Sasha Dhanjal**<br>Address on File | 8/3/23,<br>10/16/23 | $28,596.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.17. **Baldor Boston LLC**<br>PO Box 32129<br>New York, NY 10087-4129 | 7/27/23,<br>8/10/23,<br>8/17/23,<br>8/24/23,<br>8/31/23,<br>9/14/23,<br>9/24/23,<br>9/28/23,<br>10/5/23,<br>10/15/23 | $136,199.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18. **Andrew Lacasse**<br>Address on File | 8/17/23,<br>9/11/23,<br>9/28/23 | $27,040.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19. **Washington Place Owner LLC**<br>Attn Management Office<br>845 Washington Street<br>Newton, MA 02460 | 7/27/23,<br>9/7/23,<br>10/13/23 | $55,023.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Lease payments** |
| 3.20. **RLF Trading Inc**<br>1255 Cambridge Street<br>Cambridge, MA 02139 | 8/10/23 | $7,911.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21. **American Express - Green 31002**<br>PO Box 981540<br>El Paso, TX 79998-1540 | 7/31/23,<br>9/6/23,<br>10/11/23 | $43,716.41 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22. **Brex Credit Card** | 10/10/23 | $19,904.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    Clover Fast Food, Inc.                                    Case number (if known)  23-11812

| # | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.23. | Street Retail LLC<br>c/o Federal Realty OP LP<br>Lockbox 9320<br>PO Box 8500<br>Philadelphia, PA 19178-9320 | 7/27/23,<br>9/7/23 | $19,414.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Lease payments** |
| 3.24. | Gordon Food Services Inc<br>PO Box 88029<br>Chicago, IL 60680-1029 | 10/16/23 | $7,708.93 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.25. | Acadia Insurance<br>PO Box 639804<br>Cincinnati, OH 45263-9804 | 7/17/23,<br>8/15/23 | $23,114.08 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.26. | Yard 5 MA Owner LLC<br>c/o Intercontinental Comm Prop<br>PO Box 984004<br>Boston, MA 02298-4004 | 7/27/23,<br>9/7/23 | $157,680.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Lease payments** |
| 3.27. | Larson Advisory Group Inc<br>PO Box 2257<br>Acton, MA 01720 | 10/4/23 | $12,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Community Church of Boston<br>565 Boylston Street<br>Boston, MA 02116 | Leased premises - 565 Boylston Street,<br>Boston, MA 02116 | August 2023 | Unknown |

Debtor   **Clover Fast Food, Inc.** _____   Case number *(if known)* **23-11812**

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Highland Yard 5 Associates, LLC c/o First Highland Management 333 Elm Street Suite 235 Dedham, MA 02026** | **Leased premises - 50 Industrial Drive, Boston, MA 02136** | **November 2, 2023** | **Unknown** |
| **Highland Yard 5 Associates, LLC c/o First Highland Management 333 Elm Street Suite 235 Dedham, MA 02026** | **Security Deposit** | **November 2, 2023** | **$250,000.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Juanita Mejia Velez v. Clover Fast Food, Inc. 23BEM02225** | **Civil - Labor & Employment** | **The Commonwealth of Massachusetts Commission Against Discrimination One Ashburton Place Boston, MA 02108** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2.  **Community Church of Boston v. Clover Fast Food, Inc.** | **Eviction** | **Trial Court of Massachusetts - BMC Dept 24 New Chardon Street Boston, MA 02114** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.3.  **Print Resource v. Clover Fast Food, Inc.** | **Civil** | **Westborough District Court 186 Oak St. Westborough, MA 01581** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☐ None

Debtor    Clover Fast Food, Inc. _____    Case number *(if known)*  23-11812

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Eric Elias McDonald**<br>Address on<br>File | **Percentage of proceeds from Burns Night boxes event.** | **1/28/22, 6/1/23** | **$7,545.00** |
| | Recipients relationship to debtor | | | |
| 9.2. | **Jennifer Lynn Funk**<br>Address on File | **Percentage of proceeds from Burns Night boxes event.** | **1/28/22, 6/1/23** | **$4,115.00** |
| | Recipients relationship to debtor | | | |
| 9.3. | **Barry Dolinger** | **Passover 2022 - Mitzvah Matzos donation.** | **4/30/22** | **$4,310.00** |
| | Recipients relationship to debtor | | | |
| 9.4. | **Mystic River Watershed Association**<br>**20 Academy St. #306**<br>**Arlington, MA 02476** | **ROW Opening donation.** | **10/20/22** | **$2,895.28** |
| | Recipients relationship to debtor | | | |

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Vehicle Collision** | | **10/19/23** | **$26,000.00** |
| **Vehicle Collision** | | **10/10/23** | **$1,800.00** |
| **Vehicle Collision & Property Damage** | | **9/18/23** | **$3,500.00** |
| **Vehicle Collision & Property Damage** | **$22,480.00** | **8/30/23** | **$22,480.00** |
| **Water damage from sewer backup** | | **7/21/23** | **$0.00** |
| **Vehicle Collision & Property Damage** | **$8,433.00** | **6/20/23** | **$34,513.00** |
| **Vehicle Collision** | **$2,365.00** | **5/28/23** | **$2,365.00** |
| **Property Damage (Auto)** | **$3,867.00** | **4/13/23** | **$4,028.00** |

Debtor    **Clover Fast Food, Inc.**         Case number *(if known)* **23-11812**

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Vehicle Collision & Property Damage** | **$4,416.00** | **4/4/23** | **$4,416.00** |
| **Vehicle Collision & Property Damage** | **$5,651.00** | **3/20/23** | **$5,651.00** |
| **Vehicle Collision** | **$5,839.00** | **1/24/23** | **$5,839.00** |
| **Vehicle Collision & Property Damage** | **$11,002.00** | **12/7/22** | **$11,002.00** |

### Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Clark Hill PLC**<br>**500 Woodward Avenue**<br>**Suite 3500**<br>**Detroit, MI 48226** | | **10/16/23** | **$100,000.00** |
| | Email or website address<br>**www.clarkhill.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Newpoint Advisors Corporation**<br>**1320 Tower Road**<br>**Schaumburg, IL 60173** | | **10/27/23** | **$20,000.00** |
| | Email or website address<br>**https://newpointadvisors.us** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

Debtor    **Clover Fast Food, Inc.**                                                    Case number *(if known)*  **23-11812**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1. | | **Apple device trade-in** | **6/16/23** | **$1,050.00** |
| | **Relationship to debtor** | | | |
| 13.2. | | **TV** | **7/12/23** | **$75.00** |
| | **Relationship to debtor** | | | |
| 13.3. | | **Computer** | **7/12/23** | **$115.00** |
| | **Relationship to debtor** | | | |
| 13.4. | **M Brands** | **Restaurant equipment** | **10/5/23** | **$1,060.00** |
| | **Relationship to debtor**<br>**None** | | | |
| 13.5. | **Flourhouse Bakery**<br>**140r Adams Street**<br>**Newton, MA 02458** | **Restaurant equipment** | **10/30/23** | **$250.00** |
| | **Relationship to debtor**<br>**None** | | | |
| 13.6. | | **Restaurant equipment** | **11/1/23** | **$1,450.00** |
| | **Relationship to debtor** | | | |
| 13.7. | **Heidi Spurling** | **2002 FRHT Chassi Line (van)** | **12/21/22** | **$19,000.00** |
| | **Relationship to debtor** | | | |

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
     List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | Dates of occupancy<br>From-To |
|---|---|---|

Debtor    **Clover Fast Food, Inc.**                                    Case number *(if known)*  **23-11812**

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **50 Milk St., Floor 16** **Boston, MA 02109** | **Prior corporate address** |
| 14.2. | **7 Holyoke St.** **Cambridge, MA 02138** | **Prior corporate address** |
| 14.3. | **565 Boylston St.** **Boston, MA 02116** | **Closed restaurant address** |
| 14.4. | **50 Industrial Drive** **Hyde Park, MA 02136** | **Closed proposed commissary** |
| 14.5. | **Widette Circle** **Boston, MA** | **Meal box pick up location** |
| 14.6. | **330 Foley Street** **Somerville, MA 02145** | **Closing restaurant location** |

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☑ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐ No.
    ☑ Yes. State the nature of the information collected and retained.

    **Names, addresses, credit card information, etc.**
    Does the debtor have a privacy policy about that information?
    ☐ No
    ☑ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ☑ Yes. Does the debtor serve as plan administrator?

        ☑ No Go to Part 10.
        ☐ Yes. Fill in below:

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

| Debtor | Clover Fast Food, Inc. | Case number *(if known)* | 23-11812 |
|---|---|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **KeyBank**<br>**PO Box 93885**<br>**Cleveland, OH 44101** | XXXX-9702 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 9/5/22 | $2,572.50 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **127 Smith Place**<br>**Cambridge, MA 02138** | **Unknown** | **Old furniture, old stereo system, extra seats, old equipment, red oak, signs, trash cans** | ■ No<br>☐ Yes |

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **CSA Farmer Goods** | | | **Unknown** |

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Debtor    **Clover Fast Food, Inc.**                                    Case number *(if known)*  **23-11812**

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Michele Zyla, Director of Finance** **1075 Cambridge Street** **Cambridge, MA 02139** | **- present** |
| 26a.2.  **Gregory Paraubek, Accounting Manager** **1075 Cambridge Street** **Cambridge, MA 02139** | **- present** |
| 26a.3.  **Kevin Sheehan, Senior Accountant** **1075 Cambridge Street** **Cambridge, MA 02139** | **- present** |
| 26a.4.  **Sean McElduff** **Former Vice President of Finance** **1075 Cambridge Street** **Cambridge, MA 02139** | |

Debtor    **Clover Fast Food, Inc.** _____    Case number *(if known)* **23-11812**

| Name and address | Date of service From-To |
|---|---|
| 26a.5. **E-Squared Partners LLC**<br>**127 Thorndike Street**<br>**Suite 2**<br>**Cambridge, MA 02141** | |
| 26a.6. **InfoSync Services LLC**<br>**1938 N Woodlawn Suite 110**<br>**Wichita, KS 67208** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **CBIZ MHM LLC**<br>**c/o CBIZ Operations Inc**<br>**PO Box 956793**<br>**Saint Louis, MO 63195-6793** | |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. **Antares Group, Inc.**<br>**1429 Iris Drive SE**<br>**Conyers, GA 30013** | **- present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Michele Zyla, Director of Finance**<br>**1075 Cambridge Street**<br>**Cambridge, MA 02139** | |
| 26c.2. **Gregory Paraubek, Accounting Manager**<br>**1075 Cambridge Street**<br>**Cambridge, MA 02139** | |
| 26c.3. **Kevin Sheehan, Senior Accountant**<br>**1075 Cambridge Street**<br>**Cambridge, MA 02139** | |
| 26c.4. **Antares Group, Inc.**<br>**1429 Iris Drive SE**<br>**Conyers, GA 30013** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Ayr Muir**<br>Address on File |

Debtor    **Clover Fast Food, Inc.**                                    Case number *(if known)*  **23-11812**

| Name and address |
| --- |

26d.2.    **John Bult**
Address on File

26d.3.    **Blair Crawford**
Address on File

26d.4.    **Michael Crooke & Amy M. Dozier Family Trust**
**c/o Michael Crooke**
Address on File

26d.5.    **Fribourg Enterprises LLC**
**c/o Paul Fribourg**
**277 Park Avenue**
**New York, NY 10172**

26d.6.    **Dan Heath**
Address on File

26d.7.    **Erik Joule**
Address on File

26d.8.    **Jim Manzi**
Address on File

26d.9.    **Manzi 1993 Irrevocable Trust dated April 21, 1993**
**Attn Glenda Manzi**
Address on File

26d.10.    **New September LLC, a California Limited Liability Company**
**Attn Dan A Emmett**
**808 Wilshire Blvd Suite 200**
**Santa Monica, CA 90401**

26d.11.    **New September LLC**
**Attn Dan A Emmett**
**808 Wilshire Blvd Suite 200**
**Santa Monica, CA 90401**

26d.12.    **Charles D Atkinson III**
Address on File

26d.13.    **Alex Kazaks**
Address on File

26d.14.    **Michael Crooke**
Address on File

Debtor   **Clover Fast Food, Inc.**                                    Case number *(if known)*   **23-11812**

| Name and address |
|---|

**26d.15.**   **Stonegate Capital LLC**
**c/o Goodwin Proctor LLP**
**Attn Daniel White**
**100 Northern Avenue**
**Boston, MA 02210**

**26d.16.**   **Stonegate Capital Holdings LLC**
**c/o Goodwin Proctor LLP**
**Attn Daniel White**
**100 Northern Avenue**
**Boston, MA 02210**

**26d.17.**   **Alps Investment Holdings LLC**
**Attn Song H Pak**
**1717 Rhode Island Avenue NW**
**10th Floor**
**Washington, DC 20036**

**26d.18.**   **Oz Garinkol**
Address on File

**26d.19.**   **Jeremiah Shafir**
Address on File

**26d.20.**   **FranInvest LLC**
**c/o Fransmart**
**Attn Sherry Davies**
**105 Oronoco Street #200**
**Alexandria, VA 22314**

**26d.21.**   **Mark Ordan**
Address on File

**26d.22.**   **Charles Collins**
**c/o The Forestland Group LLP**
**50 Leonard Street**
**Belmont, MA 02478**

**26d.23.**   **Dennis F Ratner Revocable Declaration**
**of Trust U/A dated 5/4/2000**
**c/o Ratner Companies**
**1577 Spring Hill Road Suite 500**
**Vienna, VA 22182**

**26d.24.**   **Ed Mathias**
**c/o The Carlyle Group**
**1001 Pennsylvania Ave NW**
**Suite 220 S**
**Washington, DC 20004**

**26d.25.**   **Chris Weilminster**
**c/o Federal Realty Investment Trust**
**1626 East Jefferson Street**
**Rockville, MD 20853**

**26d.26.**   **Ronald M Shaich 2000 Revocable**
**Trust**
**Attn Ronald Shaich, Trustee**
Address on File

Debtor   **Clover Fast Food, Inc.**  Case number *(if known)*  **23-11812**

| Name and address |
|---|
| 26d.27.   **Lerner Group Investments** |
| 26d.28.   **SMJ Partners II LLC**<br>**Attn Michael L Cohen**<br>**2000 Tower Oaks Blvd 8th Floor**<br>**Rockville, MD 20852** |
| 26d.29.   **Madeline Benjamin Investments LLC**<br>**Attn Alan H Gottlieb**<br>**2000 Tower Oaks Blvd**<br>**8th Floor**<br>**Rockville, MD 20852** |
| 26d.30.   **Beta5 LLC**<br>**c/o Seyfarth Shaw LLP**<br>**Attn Mark A Katzoff**<br>**2 Seaport Lane**<br>**Boston, MA 02210** |
| 26d.31.   **Burning Suit LLC**<br>**c/o Brown Advisory**<br>**Attn Gordon G Thorne**<br>**100 High Street 27th Floor**<br>**Boston, MA 02110** |
| 26d.32.   **Dan Goldman**<br>Address on File |
| 26d.33.   **Germeshausen Foundation Inc**<br>**Attn Nancy G Klavans**<br>Address on File |
| 26d.34.   **G-K Family LLC**<br>**Attn Nancy G Klavans**<br>Address on File |
| 26d.35.   **Little Harbour SAZ LLC**<br>**Attn Michael Barry**<br>Address on File |
| 26d.36.   **RiverRoad Associates**<br>**Attn John P Whaley**<br>Address on File |
| 26d.37.   **Snowbank LLC**<br>**c/o Brown Advisory**<br>**Attn Brinkley S Thorne**<br>**100 High Street 27th Floor**<br>**Boston, MA 02110** |
| 26d.38.   **Wes Jabonski**<br>Address on File |
| 26d.39.   **Gregory Donoghue**<br>Address on File |

Debtor    **Clover Fast Food, Inc.**                          Case number *(if known)*  **23-11812**

| Name and address |
| --- |

**26d.40.**  **James R Gates Separate Property**
**Revocable Trust**

**26d.41.**  **Gates 2004 Irrevocable Trust f/b/o**
**Stephen B Gates and Sheridan E Gates**

**26d.42.**  **Connon Trust**

**26d.43.**  **Gates 2010 Irrevocable Trust f/b/o**
**Laurie, Katherine & Samuel Packard**

**26d.44.**  **Ethan Sherbondy**
             Address on File

**26d.45.**  **Desert Bloom Inc**
**c/o DBFV Management LLC**
**Attn Hans Taparia**
**535 W 110th St No 15C**
**New York, NY 10025**

**26d.46.**  **Desert Bloom Food Ventures LLC**
**c/o DBFV Management LLC**
**Attn Hans Taparia**
**535 W 110th St No. 15C**
**New York, NY 10025**

**26d.47.**  **Herb Singh and Sheila Singh, Joint**
**Tenants with Right of Survivorship**

**26d.48.**  **Wildwood Investments LLC**
**301 Commerce Street**
**Suite 3150**
**Fort Worth, TX 76102**

**26d.49.**  **Darshan Shah and Priya Jhawar, Joint**
**Tenants with Right of Survivorship**
             Address on File

**26d.50.**  **Sota Partners, LLC**

**26d.51.**  **Walter Robb 2015 Family Trust**

**26d.52.**  **O'Neill Investments Fund One LLC**

**26d.53.**  **SV Tech Holdings, LLC**

**26d.54.**  **Pritesh Shah**

**26d.55.**  **Manju Jhawar, Priya Jhawar and Sheila**
**Singh, Joint Tenants with Right of**
**Survivorship**

Debtor    **Clover Fast Food, Inc.**                                    Case number *(if known)*  **23-11812**

| **Name and address** |
|---|

**26d.56.**  **Anand Gala**
**3191 Red Hill Avenue**
**Suite 200**
**Costa Mesa, CA 92626**

**26d.57.**  **Third Nature Ventures LP**
**c/o Charter Capital**
**Attn Mike Palm**
**140 Monroe Center NW Suite 300**
**Grand Rapids, MI 49503**

**26d.58.**  **Semillero Investment Fund II LP**
**1256 Ave Ponce de Leon**
**Suite 102**
**San Juan, PR 00907**

**26d.59.**  **Anat Group Limited**
**O'Neal Marketing Assoc Bldg 2nd Floor**
**Wickham's Cay II Road PO Box 3174**
**Tortola British Virgin Islands 1110**

**26d.60.**  **Eric Graber-Lopez**
Address on File

**26d.61.**  **Blue58 LLC**
**10877 Wilshire Blvd Suite 660**
**Los Angeles, CA 90024**

**26d.62.**  **Cero Ventures LLC**
**575 Market Street**
**6th Floor**
**San Francisco, CA 94105**

**26d.63.**  **Cambridge Trust**
**1336 Massachussetts Avenue**
**Cambridge, MA 02138**

**26d.64.**  **Walden Mutual Bank**
**66 North Main Street**
**Concord, NH 03301**

**26d.65.**  **Bank of America**
**100 N. Tryon Street**
**Charlotte, NC 28255**

**26d.66.**  **President and Fellows of Harvard**
**University**
**46 Blackstone Street**
**Cambridge, MA 02139**

**26d.67.**  **Regus**

**26d.68.**  **Eskridge (E&A) LLC**
**1221 Main Street Suite 1000**
**Columbia, SC 29201**

**26d.69.**  **Ten Harvard Street Realty Trust**
**10 Harvard Street**
**Brookline, MA 02445**

Debtor    **Clover Fast Food, Inc.**                                    Case number *(if known)*  **23-11812**

| Name and address |
|---|

**26d.70.**  **Whole Foods Market Group Inc**
**550 Bowie Street**
**Austin, TX 78703**

**26d.71.**  **Central Property Management LLC**
**700 Massachusetts Ave**
**Cambridge, MA 02139**

**26d.72.**  **BP Five CC LLC**
**c/o Boston Properties LP**
**PO Box 3357**
**Boston, MA 02241**

**26d.73.**  **NS 27 School LLC**
**c/o Synergy Financial LLC**
**Ten Post Office Square**
**Boston, MA 02109**

**26d.74.**  **BP Prucenter Acquisition LLC**
**800 Boylston Street Suite 1900**
**Boston, MA 02199**

**26d.75.**  **Fernando L Laranjeira Realty Trust**
Address on File

**26d.76.**  **ARE/ND/CR Longwood LLC**
**360 Longwood Avenue**
**Boston, MA 02215**

**26d.77.**  **160 Federal Street Property LLC**
**PO Box 419098**
**Boston, MA 02241-9098**

**26d.78.**  **Linear Retail Burlington #1 LLC**
**c/o Linear Retail Properties LLC**
**Department 2890**
**PO Box 986500**
**Boston, MA 02298**

**26d.79.**  **Washington Place Owner LLC**
**Attn Management Office**
**845 Washington Street**
**Newton, MA 02460**

**26d.80.**  **Highland Yard 5 Associates, LLC**
**c/o First Highland**
**333 Elm Street Suite 235**
**Dedham, MA 02026**

**26d.81.**  **Street Retail LLC**
**c/o Federal Realty OP LP**
**Lockbox 9320**
**PO Box 8500**
**Philadelphia, PA 19178-9320**

**26d.82.**  **Community Church of Boston**
**565 Boylston Street**
**Boston, MA 02116**

**26d.83.**  **American Express**
**PO Box 981540**
**El Paso, TX 79998-1540**

Debtor    **Clover Fast Food, Inc.**                                         Case number *(if known)* **23-11812**

| Name and address |
| --- |
| 26d.84.   **Ampla**<br>**1239 Broadway**<br>**New York, NY 10001** |
| 26d.85.   **Epic Insurance Brokers & Consultants**<br>**PO Box 22245**<br>**New York, NY 10087-2245** |
| 26d.86.   **Scalar LLC**<br>**PO Box 1031**<br>**Draper, UT 84020** |
| 26d.87.   **Fidelity Capital Partners LLC**<br>**19600 Fairchild Suite 120**<br>**Irvine, CA 92616** |
| 26d.88.   **Huntington Financial Corp**<br>**1750 S Telegraph**<br>**Suite 307**<br>**Bloomfield Hills, MI 48302** |
| 26d.89.   **Intercontinental Management Corp**<br>**1270 Soldiers Field Road**<br>**Boston, MA 02135** |

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ☐   No
   ☒   Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| 27.1. **Emily Wingertzahn, Assistant Director of Food Planning & Supply Chain** | **10/20/23** | **166,338.36** |
| **Name and address of the person who has possession of inventory records** | | |
| **Emily Wingertzahn**<br>**1075 Cambridge Street**<br>**Cambridge, MA 02139** | | |
| 27.2. **Emily Wingertzahn, Assistant Director of Food Planning & Supply Chain** | **10/13/23** | **175,652.09** |
| **Name and address of the person who has possession of inventory records** | | |
| **Emily Wingertzahn**<br>**1075 Cambridge Street**<br>**Cambridge, MA 02139** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Ayr Muir** | Address on File | **Board Member, Advisor** | **2.40** |

Debtor    **Clover Fast Food, Inc.**

Case number *(if known)*  **23-11812**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Blair Crawford** | Address on File | **Board Member** | **0.86** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Hans Taparia** | c/o DBFV Management LLC<br>535 W 110th Street No 15C<br>New York, NY 10025 | **Board Member, Advisor** | **4.85 via Desert Bloom, Inc. and Desert Bloom Food Ventures LLC** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Dune Thorne** | c/o Brown Advisory<br>100 High Street  27th Floor<br>Boston, MA 02110 | **Board Member** | **1.96 via Burning Suit LLC and Snowbank LLC** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Michael Barry** | Address on File | **Board Member** | **32.83 via Little Harbor SAZ, LLC** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Alex Borschow** | c/o Semillero Investment Fund II LP<br>1256 Ave Ponce de Leon<br>San Juan, PR 00907 | **Board Member** | **12.33 via Semillero Investment Fund II LP** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Julia Wrin Piper** | Address on File | **CEO, President, Treasurer, Secretary** | **0** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐  No
■  Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Ayr Muir** | Address on File | **CEO, President, Treasurer, Secretary** | **- 10/27/23** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Ron Shaich** | | **Board Member** | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Julianna Manzi** | | **Board Member** | |

Debtor    **Clover Fast Food, Inc.**                                    Case number *(if known)* **23-11812**

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 **Ayr Muir** <br> Address on File <br><br> **Relationship to debtor** <br> **Board Member, Advisor** | $2,192.67 | 12/22/22, 8/31/23, 9/2/23 | **Expense Reimbursements** |
| 30.2 **Ayr Muir** <br> Address on File <br><br> **Relationship to debtor** <br> **Board Member, Advisor** | $352,546.13 | 11/3/22-11/2/2 3 (bi-weekly) | **Salary** |
| 30.3 **Julia Wrin Piper** <br> Address on File <br><br> **Relationship to debtor** <br> **Chief Executive Officer** | $2,239.98 | 9/6/23, 9/7/23 | **Expense Reimbursements** |
| 30.4 **Julia Wrin Piper** <br> Address on File <br><br> **Relationship to debtor** <br> **Chief Executive Officer** | $194,057.63 | 11/3/22-11/2/2 3 (bi-weekly) | **Salary** |
| 30.5 **Kiernan P Schmitt** <br> Address on File <br><br> **Relationship to debtor** <br> **Chief Marketing Officer** | $3,083.81 | 11/13/22, 9/8/23, 9/14/23 | **Expense Reimbursements** |
| 30.6 **Kiernan P Schmitt** <br> Address on File <br><br> **Relationship to debtor** <br> **Chief Marketing Officer** | $184,380.71 | 11/3/22-11/2/2 3 (bi-weekly) | **Salary** |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

Debtor    **Clover Fast Food, Inc.**                                    Case number *(if known)*  **23-11812**

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December  1, 2023**

**/s/ Julia Wrin Piper**                                    **Julia Wrin Piper**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes