IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CLOVER FAST FOOD, INC.<br><br>Debtor. | Chapter 11<br>Subchapter V<br><br>Case No. 23-11812 (BLS)<br><br>**Obj. Deadline: Feb. 6, 2024 at 4:00 p.m. (ET); extended for the President and Fellows of Harvard College to Feb. 8, 2024 at 4:00 p.m. (ET)**<br>**Hearing Date: Feb. 15, 2024 at 10:00 a.m. (ET)** |

**OBJECTION OF PRESIDENT AND FELLOWS OF HARVARD COLLEGE
TO MOTION FOR ENTRY OF AN ORDER EXTENDING TIME TO
ASSUME OR REJECT CERTAIN UNEXPIRED LEASES OF REAL
PROPERTY PURSUANT TO 11 U.S.C. § 365(D)(4)**

The President and Fellows of Harvard College (the "Landlord") submits this objection (the "Objection") to the *Motion for Entry of an Order Extending Time to Assume or Reject Certain Unexpired Leases of Real Property Pursuant to 11 U.S.C. § 365(d)(4)* [D.I. 147] (the "Motion to Extend") filed by the above-captioned debtor (the "Debtor"). In support of this Objection, the Landlord respectfully states as follows:

**Background**

1. The Debtor leases restaurant space from the Landlord pursuant to a written lease (as amended, the "Lease")[1] for 1326 Massachusetts Avenue, Cambridge, Massachusetts.

2. The Lease provides for the payment of $15,224.62 per month in Basic Rent, plus Additional Rent which includes, among other things, taxes and operating expenses.

3. On November 3, 2023 (the "Petition Date"), the Debtor filed a voluntary petition for relief pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtor continues to operate its business as a debtor-in-possession pursuant to sections 1107

---

[1] Terms utilized but not otherwise defined herein shall have the meanings ascribed to them in the Lease.

and 1108 of the Bankruptcy Code. This case is a Subchapter V case, and as such no committee or examiner has been appointed.

4. On January 23, 2024, the Debtor filed the Motion to Extend, requesting that the Court extend the time to assume or reject unexpired leases, including the Lease, pursuant to § 365(d)(4) of the Bankruptcy Code. The Debtor requested the extension for 90 days, through and including May 31, 2024.

5. Although the Motion to Extend states that the Debtor has "made all required post-petition payments under the Unexpired Leases," in fact the Debtor has failed to pay any post-petition rent to the Landlord from the Petition Date to the present under the Lease. The total amount of outstanding post-petition rent as of the date hereof, including Basic Rent and Additional Rent, is $84,613.54.

## Argument

6. Under Bankruptcy Code section 365(d)(3), the Debtor "shall timely perform all the obligations of the debtor, except those specified in section 365(b)(2), arising from and after the order for relief under any unexpired lease of nonresidential real property, until such lease is assumed or rejected, notwithstanding section 503(b)(1) of this title." 11 U.S.C. § 365(d)(3).

7. The Lease has not been assumed or rejected, yet the Debtor has failed to timely perform its obligation to pay post-petition rent.

8. The Debtor should not be granted an extension of the deadline to assume or reject the Lease unless and until the Debtor complies with its obligations under Bankruptcy Code section 365(d)(3).

9. Based on the foregoing, the Motion to Extend should be denied, and the Court should only grant an extension of the deadline to assume or reject the Lease upon full payment of

the outstanding post-petition rent to the Landlord. The Debtor also should be ordered to continue to comply with all obligations under the Lease until such time as it is either assumed or rejected.

WHEREFORE, the Landlord requests that the Court enter an order: (i) conditioning any extension of the deadline to assume or reject the Lease on the full payment of all post-petition rent and other amounts due and owing to the Landlord under the Lease; (ii) requiring the Debtor to continue to comply with all obligations under the Lease; and (iii) granting such other and further relief as the Court deems just and proper.

Dated: February 8, 2024
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kimberly A. Brown*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
George A. Williams (No. 6964)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
brown@lrclaw.com
williams@lrclaw.com

-and-

**CASNER & EDWARDS, LLP**
Michael J. Goldberg, Esq.
303 Congress Street
Boston, MA 02210
Telephone: (617) 426-5900
Facsimile: (617) 426-8810
Email: goldberg@casneredwards.com

*Counsel to the President and Fellows of Harvard College*