# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CLOVER FAST FOOD, INC. | Case No. 23-11812 (BLS) |
| Debtor. | |

## <u>AFFIDAVIT OF SERVICE</u>

I, Larry Taylor, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On April 23rd, 2024, at my direction and under my supervision, employees of Reliable Companies caused to be served the following document via first class mail on the service list attached hereto as Exhibit A:

| 04/23/2024 | 224 | Notice of Effective Date of Debtor's Modified Plan of Reorganization Dated March 6, 2024 (related document(s)187, 209) Filed by Clover Fast Food, Inc.. (Morse, Kevin) (Entered: 04/23/2024) |
|---|---|---|

X _____
Larry Taylor

Dated: April 29th, 2024
State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 29th day of April 2024, by Larry Taylor, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____



DAVID TYLER KITTO
MY COMMISSION
EXPIRES
OCT. 10, 2025
NOTARY PUBLIC
STATE OF DELAWARE

# EXHIBIT A

Rand Whitney Container LLC
1 Agrand Street
Worcester, MA 01607

City of Boston Tax Collector
1 City Hall Square
Boston, MA 02201

Heroku
1 Market Street
Suite 300
San Francisco, CA 94105

Native Maine Operations Inc
10 Bradley Drive
Westbrook, ME 04092-2011

Seven Hills Farmstead LLC
100 Hanover Street
Boston, MA 02108

Broadsheet Coffee Roasters Wholesale
100 Kirkland Street
Cambridge, MA 02138

University of Massachusetts Boston
100 Morrissey Boulevard
Boston, MA 02125-3393

Faire
100 Potrero Avenue
San Francisco, CA 94103

Trillium Brewing Company LLC
100 Royall Street
Canton, MA 02021

Boston Inspectional Services Department
1010 Massachusetts Avenue
Boston, MA 02118

Marginedge Co
1069 West Broad Street 913
Falls Church, VI 22046

Verrill Farm
11 Wheeler Road
Concord, MA 01742

Earthy Krunchy Snacks LLC
110 North Main Street
Unit B
Middleton, MA 01949

Channel Partners Capital LLC
11100 Wayzata Boulevard
Suite 305
Minnetonka, MN 55305

International Financial Services Corporation
1113 S Milwaukee Avenue
Suite 301
Libertyville, IL 60048

Upton Connell & Devlin LLP
112 Water Street
Suite 201
Boston, MA 02109

Fully Promoted
1191 Chestnut Street
Newton, MA 02464

Rathbuns Maple
1208 Hatch Hill Road
Whitehall, NY 12887

Tandem Coffee Roasters
122 Anderson Street
Portland, ME 04101

NewLane Finance Company
123 South Broad Street
17th Floor
Philadelphia, PA 19109

RLF Trading Inc
1255 Cambridge Street
Cambridge, MA 02139

Semillero Investment Fund II LP
1256 Ave Ponce de Leon
Suite 102
San Juan, PR 00907

Little Wolf Coffee
125A High Street
Ipswich, MA 01938

A and K Waste Systems Inc
126 Newmarket Square
Boston, MA 02118

JW Lopes LLC
128 Carter Street
Chelsea, MA 02150

Clark Hill PLC
130 E Randolph Street
Suite 3900
Chicago, IL 60601

The Kitchen Garden LLC
131 South Silver Lane
Sunderland, MA 01375

Newpoint Advisors Corporation
1320 Tower Road
Schaumburg, IL 60173

Agawam ORF1 LLC
133 Boston Post Road
Building 15, 2nd Floor
Weston, MA 02493

Backyard Garlic LLC
1336 State Road
Eliot, ME 03903

Barry's Hot Sauce LLC
1359 Cambridge Street
Cambridge, MA 02139

Shirazi Distributing Inc
138 Newmarket Square
Boston, MA 02118

Nissenbaum's Auto Parts Inc
139 Harwich Road
Newton, MA 02167

Aeronaut Brewing Co
14 Tyler Street
Somerville, MA 02143

Innovative Bakery Concepts LLC
140R Adams Street
Newton, MA 02458

Antares Group Inc
1429 Iris Drive SE
Conyers, GA 30013

Multi Flow Industries LLC
1434 County Line Road
Huntingdon Valley, PA 19006

Mercedes-Benz Financial Services
14372 Heritage Parkway
Fort Worth, TX 76177

CJ&J Leasing Corporation
1445 HIlldale Avenue
Haverhill, MA 01832

Blue58 LLC
149 S. Barrington Ave., Suite 810
Los Angeles, CA 90049

Ginger Gems LLC
15 Main Street
Suite 171
Watertown, MA 02472

LC Anderson Inc
15 Soldiers Field Place
Boston, MA 02135-1103

ECRS
150 Market Hills Drive
Boone, NC 28607

Restaurant Depot
15-24 132nd Street
College Point, NY 11356

CIT Bank
155 Commerce Way
Portsmouth, NH 03801

Wells Provisions
159 Main Street
PO Box 823
Charlemont, MA 01339

QTrade Teas and Herbs
16205 Distribution Way
Cerritos, CA 90703

Superior Door Service Inc
17 Cranes Court
Woburn, MA 01801

Sign Design
170 Liberty Street
Brockton, MA 02301

Craft Beer Guild Distributions LLC
170 Market Street
Everett, MA 02149

Comcast
1701 JFK Boulevard
Philadelphia, PA 19103

Mom's Organic Munchies Inc
174 Lower Main Street
Suite 21
Freeport, ME 04032

Occupier Inc
175 Greenwich Street
Floor 38
New York, NY 10007

Alliance Funding Group
17542 17th Street
Suite 200
Tustin, CA 92780

Harvard Pinnacle Group Corporation
179 Bear Hill Road
Waltham, MA 02451

Red Fire Farm
184 Meadow Road
Montague, MA 01351

Fire King Baking Company
185 Campanelli Drive
Braintree, MA 02184

Lindenmeyer Munroe
190 Mechanic Street
Bellingham, MA 02019

All Souls Tortilleria
191 North Union Street
Burlington, VT 05401

The Farmer Foodie LLC
194 Brewster Road
Scarsdale, NY 10583-1135

Fidelity Capital Partners LLC
19600 Fairchild Road
Suite 120A
Irvine, CA 92612

Small Business Administration
2 North 20th Street
Suite 320
Birmingham, AL 35203

Prophecy Chocolate
2 Westminster Circle
Wellesley, MA 02481

Advanced Food Labs Inc
2 Williams Street
Chelsea, MA 02150

Morgan Brown and Joy LLP
200 State Street
Boston, MA 02109-2605

Speedwell Coffee Company Inc
208 South Meadow Road
Plymouth, MA 02360

M2 Equipment Finance
20800 Swenson Drive
Suite 475
Waukesha, WI 53186

K&L Gates LLP
210 Sixth Avenue
Pittsburgh, PA 15222

Many Graces Inc
214 Pomeroy Lane
Amherst, MA 01002

Hub Glass Services Inc
216 McGrath Highway
Somerville, MA 02143

Perky Bros LLC
225 Chestnut Street
Nashville, TN 37210

Brookline Ice
225 Southampton Street
Boston, MA 02118

Nussli118
2259 Massachusetts Avenue
Cambridge, MA 02140

Curio Spice Company
2265 Massachusetts Avenue
Cambridge, MA 02140

Arrow Paper Corp
228 Andover Street
Wilmington, MA 01887

Norel Service Company Inc
230 Second Avenue
Suite 2
Waltham, MA 02451

Kayak Cookies
239 Main Street
Barnstable, MA 02601

Ascentium Capital LLC
23970 Highway 59 North
Kingwood, TX 77339

NBM
24 Terry Avenue
Burlington, MA 01803

Northeast Cutlery LLC
244 Ash Street
Reading, MA 01867

Black Squirrel LLC
245 Meadow Street
Amherst, MA 01002

Brookford Farm
250 West Road
Canterbury, NH 03224

Alewife Co Inc
254 Prospect Street
Cambridge, MA 02139

Impact Fire Services LLC
26 Hampshire Drive
Hudson, NH 03051

Craft Hot Sauce LLC
265 Wentworth Avenue
Lowell, MA 01852

Sophia's Greek Pantry
275 Belmont Street
Belmont, MA 02478

Town of Sudbury
275 Old Lancaster Road
Board of Health
Sudbury, MA 01776

Farmacy Herbs
28 Cemetery Street
Providence, RI 02904

Rise & Co
280 Coventry Road
Kensington, CA 94707

Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Village Baker Inc
285 Beacon Street
Somerville, MA 02143

Burlington Tax Collector
29 Center Street
Burlington, MA 01803

Griffin Reid Mechanical
30 Ashland Road
Boxford, MA 01921

Boston Lock and Safe Company Inc
30 Lincoln Street
Egress Division
Boston, MA 02135-1494

Wildwood Investments LLC
301 Commerce Street
Suite 3150
Fort Worth, TX 76102

Eton Venture Services Ltd Co LLC
3112 Windsor Road
Suite A237
Austin, TX 78703

George Howell Coffee
312 School Street
Acton, MA 01720

Greylock Enterprises Inc
321 Walnut Street
#462
Newton, MA 02460

Joe the Architect LLC
343 Medford Street
Suite 4C
Somerville, MA 02145

Abracadabra Holding Co
35 Wayside Road
Woodstock, VT 05091

Atlantic Beverage Distributors
350 Hopping Brook Road
Holliston, MA 01746

Formaggio Kitchen Inc
358 Huron Avenue
Cambridge, MA 02138

Arrell Corporation
36 Spinelli Place
Cambridge, MA 02138-0213

Hardguittini Trucking LLC
361 Washington Street
West Warwick, RI 02893

B and G Restaurant Supply Inc
369 University Avenue
Westwood, MA 02090

Athena Teas
378 Baltic Street #9B
Brooklyn, NY 11201

Baer's Best Farm
39 Pond Road
South Berwick, ME 03908

Townsend Vermont Holdings Inc
400 Linden Street
Brattleboro, VT 05301-4474

Steez Design
41 West Main Street
Newton, NH 03858

Maine Grains
42 Court Street
PO Box 2060
Skowhegan, ME 04976

Interstate Food Equipment Service
43 Sharon Street
Malden, MA 02148

White Lion Baking Company
439 Nathan Ellis Highway
Suite 1
Mashpee, MA 02649

Crown Credit Company
44 South Washington Street
New Bremen, OH 45869

The Forest Farmers LLC
4448 State Route 374
Lyon Mountain, NY 12952

Coliseum Companies
45 Industrial Boulevard
Brockton, MA 02301

President and Fellows of Harvard College
46 Blackstone Street
Cambridge, MA 02139

Gardener On The Hill LLC
474 Broadway
Suite 27
Somerville, MA 02145

VPNE Parking Solutions
481 Columbia Street
Somerville, MA 02143

In Pursuit of Tea
49 Elm Street
Watertown, MA 02472

Safety and First-Aid Education
5 Otsego Avenue
Lowell, MA 01851-4509

Safe Food LLC
50 Glen Devin Street
Amesbury, MA 01913

Joe Warren and Sons Co Inc
50 Kerry Place
Norwood, MA 02062

CBIZ MHM LLC
500 Boylston Street
4th Floor
Boston, MA 02116

RTXO Ltd
501 8th Avenue #1
Brooklyn, NY 11215

Modern Draught LLC
516 E 2nd Street
Suite 24
Boston, MA 02127

Luluna Health LLC
53 Rathbone Street
Providence, RI 02908

Crestmark
5480 Corporate Drive
Suite 350
Troy, MI 48098

Congregation Beth Sholom
55 Cromwell Avenue
Suite 1D
Providence, RI 02907

Town of Westford
55 Main Street
Board of Health
Westford, MA 01886

Gunderson Dettmer
550 Allerton Street
Redwood City, CA 94063

Community Church of Boston
565 Boylston Street
Boston, MA 02116

Central Pest Control LLC
572 East Street
Weymouth, MA 02189

Ameris Bank dba Balboa Capital
575 Anton Blvd
12th Floor
Costa Mesa, CA 92626

Balboa Capital Corporation
575 Anton Blvd
12th Floor
Costa Mesa, CA 92626

Cero Ventures LLC
575 Market Street
6th Floor
San Francisco, CA 94105

Thermo King Northeast LLC
583 South Street
New Britain, CT 06051

Hanna Instruments US Inc
584 Park East Drive
Woonsocket, RI 02895

Elemental Beverage Co
586 Pleasant Street
Suite 4
Watertown, MA 02472

MA UCC Statement Service
6 Liberty Square
Box 53
Boston, MA 02109

Suburban Glass & Mirror Co Inc
60 Powdermill Road
Acton, MA 01720

Lando and Anastasi LLP
60 State Street
23rd Floor
Boston, MA 02109

Drain Doctor
612 Broadway
Somerville, MA 02145

Inciardi Prints LLC
615 Congress Street
Suite 511
Portland, ME 04101

Fiasconaro Foods LLC
63 Berkeley Street
Somerville, MA 02143

Brandano Plumbing & Heating
65 Clinton Street
Malden, MA 02148

Tag Resources LLC
6501 Deane Hill Drive
Knoxville, TN 37919

Boston Showcase Company Inc
66 Winchester Street
PO Box 610254
Newton Highlands, MA 02461-0254

Able Auto Glass & Glazing
67 Maplewood Street
Suite 3
Malden, MA 02148

Valley Service Inc
687 Lowell Street
Methuen, MA 01844

Yellow Circle LLC
7 B Street Bldg 11
Auburn, MA 01501

Winter Moon Organics
7 Cemetery Road
Hadley, MA 01035

Olympiana Speciality Foods Inc
71 Arlington Street
Watertown, MA 02472

Central Bakery Inc
732 Cambridge Street
Cambridge, MA 02141

LFT Joy Street LLC
75 Cambridge Parkway
Suite 100
Cambridge, MA 02142

Newpoint Advisors Corporation
750 Old Hickory Blvd
Building 2 Suite 15
Brentwood, TN 37027

Smithereen Farm LLC
767 Leighton Point Road
Pembroke, ME 04666

City of Cambridge
795 Massachusetts Avenue
Finance Department
Cambridge, MA 02139

City of Cambridge Tax Collector
795 Massachusetts Avenue
Cambridge, MA 02139

Fish RR McGill
8 Lantern Lane
Scituate, MA 02066

Business Resources Inc
8 Lyman Street
Suite 201
Westborough, MA 01581

Print Resource
8 Lyman Street
Westborough, MA 01581

Mount Auburn Electric
8 Warren Street
Cambridge, MA 02141

Goodnow Farms Chocolate
80 Goodnow Road
Sudbury, MA 01776

Boston Properties Limited Partnership
800 Boylston Street
Suite 1900
Boston, MA 02199

Mitsubishi HC Capital America Inc
800 Connecticut Avenue
4th Floor North
Norwalk, CT 06854

ZoomInfo
805 Broadway Street
Suite 900
Vancouver, WA 98660

Delaware State Treasury
820 Silver Lake Boulevard
Suite 100
Dover, DE 19904

Godsend Chocolate
86 Blueberry Lane
Friendship, ME 04547

Fenway Group
870 Commonwealth Avenue
Boston, MA 02215

ReliaStar Life Insurance Company
8947 Innovation Way
Chicago, IL 60682-0089

Callahan A/C & Heating Services
91 Belmont Street
North Andover, MA 11845

City of Somerville Treasurer
93 Highland Avenue
Somerville, MA 02143

Finest Locksmith LLC
95 Grove Street #2
West Roxbury, MA 02132

Agri-Cycle Energy
95 Pleasant Hill Road
Suite G
Scarborough, ME 04074-9306

Professional Electrical Contractors of CT Inc
980 Turnpike Street
Canton, MA 02021

Antares Group Inc
980 Washington St
Suite 217
Dedham, MA 02026

New September LLC
a California Limited Liability Company
Attn Dan A Emmett
808 Wilshire Blvd Suite 200
Santa Monica, CA 90401

LANDIS RATH & COBB LLP
Adam G. Landis, Esq.
Kimberly A. Brown, Esq.
George A. Williams III, Esq.
919 Market Street
Suite 1800
Wilmington, DE 19801

Aaron White
Address on File

Abigail Fuentes
Address on File

Adam Houghton
Address on File

Aderito Moreira
Address on File

Alaina Pinto
Address on File

Alejandra Moreno
Address on File

Alex Kazaks
Address on File

Alexander Gatlin
Address on File

Alexander Goertel
Address on File

Alina Mavritz
Address on File

Amelia Boudreau
Address on File

Ana Avelar
Address on File

Ana Losada
Address on File

Ana Maria Perez
Address on File

Anand Gala
Address on File

Andie Solace
Address on File

Andrea Gonzalez
Address on File

Andrea Maggs
Address on File

Andres Vasquez
Address on File

Andrew Lacasse
Address on File

Andrew Winston Carr
Address on File

Andy Alcius
Address on File

Angela Lee
Address on File

Antonia Martinez De Mejia
Address on File

Antonio Baena
Address on File

Argelio Martinez
Address on File

Ariel Kagedan
Address on File

Arielle Frey
Address on File

Ashzabin Wadud
Address on File

Austin Richardson
Address on File

Aviva Savitz
Address on File

Ayr Muir
Address on File

Barry Dolinger
Address on File

Benjamin Gurnon
Address on File

Blair Crawford
Address on File

Bloomscapes
Address on File

Brandon Dagraca Jackson
Address on File

Brendan Davis
Address on File

Brian C Hines
Address on File

Brian Rodriguez
Address on File

Bryon Chacon
Address on File

Calvin Stead
Address on File

Cande Martinez
Address on File

Carmen Bonilla
Address on File

Cesar Vega
Address on File

Charles D Atkinson III
Address on File
Cambridge, MA 02138

Charles Martignetti
Address on File

Charles Redden
Address on File

Cheyanne Kelson
Address on File

Chris Kurth
Address on File

Christian Haught
Address on File

Christopher Adam Simard
Address on File

Christopher Anderson
Address on File

Christopher Nalchajian
Address on File

Christopher Nyhan
Address on File

Clarens Bernaus
Address on File

Clementine Muir
Address on File

Cody Gibbs
Address on File
Chattanooga, TN 37411

Colin Pickens
Address on File

Craig Murdough
Address on File

Damary Chacon
Address on File

Dan Goldman
Address on File

Dan Heath
Address on File

Daniel Chase
Address on File

Daniel Juarez
Address on File

Daniela Piedrahita
Address on File

Dareek Sims
Address on File

David O'Neil
Address on File

Davinson Dani Espinpsa Jaramillo
Address on File

Devondre Tyler
Address on File

Diana Piedrahita
Address on File

Dilanna Morrison
Address on File

Domingo Cabrera Toribio
Address on File

Dominic Amenta
Address on File

Domitila Villanueva
Address on File

Donald Goulart
Address on File

Doug Ely
Address on File

Ednord Pierre Pual
Address on File

Elie Joseph
Address on File

Elisangela Tavares
Address on File

Elsa Escobar
Address on File

Elvis Martins Pereira Semedo
Address on File

Emily Skotz
Address on File

Emily Vilorio
Address on File

Emily Wingertzahn
Address on File

Enid Dejesus
Address on File

Eric Dickerson
Address on File

Eric Elias McDonald
Address on File

Eric Graber-Lopez
Address on File

Eric Weinstein
Address on File

Erik Joule
Address on File

Estela Vasquez
Address on File

Ethan Newsome
Address on File

Ethan Sherbondy
Address on File

Eunice Hernandez-Lemuz
Address on File

Evan James Hines
Address on File

Faith LaChance
Address on File

Fernando L. Laranjeira Realty Trust
Address on File

Fernando Laranjeira
Address on File

Fernando Lopera
Address on File

Flor Chavarria
Address on File

Flor Galdamez
Address on File

Fribourg Enterprises LLC
Address on File

George Foskey
Address on File

Germeshausen Foundation Inc
Address on File

Gina Ampuero
Address on File

Gisselle Sepulveda
Address on File

G-K Family LLC
Address on File

Graham Fogarty
Address on File

Gregory Donoghue
Address on File

Gregory Paraubek
Address on File

Guillermo Aguilar
Address on File

Hector Vega
Address on File

Henry Montemayor
Address on File

Hodon Mohamed
Address on File

Hope Brown
Address on File

Ionna Prejean
Address on File

Isabel Acevedo
Address on File

Isaiah Scott Sr
Address on File

Isiah Middleton
Address on File

Ivan Dario Zapata
Address on File

Jackson Michael
Address on File

Jacob Bordatto
Address on File

Jacob Perez
Address on File

Jacqueline Bernard Joseph
Address on File

Jahkim Weeden
Address on File

Jahmi Dujour-Marshall
Address on File

Jai Dhiman
Address on File

Jalia Knowles
Address on File

Jamal Turner
Address on File

James Hickey
Address on File

James Poitras
Address on File

Jamie White
Address on File

Jaques Louis
Address on File

Jasmine Price
Address on File

Jason Robichaud
Address on File

Jasper Nicholas Hoitsma
Address on File

Jayna M Cowal
Address on File

Jean Woody Paul
Address on File

Jennifer Lynn Funk
Address on File

Jenny Guzman
Address on File

Jeremiah Shafir
Address on File

Jeremy Paulmann
Address on File

Jessica Bower
Address on File
?

Jessica Herrera
Address on File

Jhoau Saavedra
Address on File

Jim Manzi
Address on File

Joao Bonicenha
Address on File

John Bult
Address on File

John Kolackovsky
Address on File

John Wiedey
Address on File

Jonathan Paolo Bautista
Address on File

Jose Pacheco
Address on File

Jose Portillo
Address on File

Jose Troncoso
Address on File

Joseph Allen Parker
Address on File

Joseph Finnie
Address on File

Juan C Rodriguez Orozco
Address on File

Juan Henrique Pena
Address on File

Juan Morales
Address on File

Julia Felicione
Address on File

Julia Kalinin Herzfeld
Address on File

Julia Robertson
Address on File

Julia Wrin Piper
Address on File

Justin Kelly
Address on File
?

Justin Trufant
Address on File

Kai Gallemore
Address on File

Karla P Guzman
Address on File

Karyn Zink
Address on File

Kasey Geremia
Address on File

Katherine Markella
Address on File

Kattalina Agudelo
Address on File

Keicy Gomes
Address on File

Kenna DeLong
Address on File

Kenneth Webber
Address on File

Kevin DelPrete
Address on File

Kevin Doherty
Address on File

Kevin Lawton-Smyth
Address on File

Kevin Sheehan
Address on File

Kiara Brooks
Address on File

Kiernan Schmitt
Address on File

Kira Ford
Address on File

Klara Martone
Address on File

KPB Engineering
Address on File

Kyanna Carbonell
Address on File

Kyriah Marcelin
Address on File

La Chinita LLC
Address on File

Lachelle Sanders
Address on File

Latarsal Miller
Address on File

Laura Guizado
Address on File

Lawrence Dupont
Address on File

Lcianna Davis
Address on File

Lea Anderson
Address on File

Leah Bosch
Address on File

Leah Wagner
Address on File

Ligia Chavarria
Address on File

Liliana Bernal
Address on File

Lindsay Boffoli
Address on File
?

Lionel Chan
Address on File

Liseth Ramos
Address on File

Little Harbour SAZ LLC
Address on File

Lori Guarino
Address on File

Lori Rachel Shapiro
Address on File

Lucia Jazayeri
Address on File

Luciano Garcia
Address on File

Maggie Ryan
Address on File

Mahyasadat Nasiri
Address on File

Manlio Lopez
Address on File

Manuel Suarez
Address on File

Maria Marin
Address on File

Marianna Ramirez
Address on File

Marie Guerlande Ordela
Address on File

Mark Ordan
Address on File

Markeyse Pryor-Tinsley
Address on File

Marlene Alexandre
Address on File

Marquis Price
Address on File

Marsha Marcelin
Address on File

Mary Shillue-Goldberg
Address on File

Maryory Mejia
Address on File

Matthew Fox
Address on File

Matthew Peterson
Address on File

Maureen McSweeny
Address on File

Maygleni Perez
Address on File

Meron Tsegaye
Address on File

Merveuse Joseph
Address on File

Michael Crooke
Address on File

Michael DeVine
Address on File

Michael Frederick Lamb
Address on File

Michael Justin Kelley
Address on File

Michael Labbe
Address on File

Michele Angelina Zyla
Address on File

Michelle Whipple
Address on File

Nadir Asgarov
Address on File

Nam Vo
Address on File

Naomi Kablotsky
Address on File

Natalia Diaz
Address on File

Natalia Granados Fino
Address on File

Natan Getahun
Address on File

Nathan Frigard
Address on File

Neil Gradozzi
Address on File

Nick Andella
Address on File

Nikhil Sidhu
Address on File

Nikola Maric
Address on File

Nina Olsen
Address on File

Niyati Parekh
Address on File

Orlando Mercedes
Address on File

Oscar Gomez
Address on File

Oz Garinkol
Address on File

Paige Anderson
Address on File

Patrice Anthony
Address on File

Patricia Arango
Address on File

Paul Surette
Address on File

Paulette Goodard
Address on File

Paulo Pereira
Address on File

Philip Miguel
Address on File

Philip Rainville
Address on File
?

Philip Wolfe
Address on File

Philippina Tropnas
Address on File

Philppe Seck
Address on File

Phoebe Lyman
Address on File

Quinlan Alexander
Address on File

Randy Jimenez
Address on File

Raul Mejia
Address on File

Raymond Bourn
Address on File

Ricardo Gusman
Address on File

Richard Fairbairn
Address on File

Richard Gomez
Address on File

RiverRoad Associates
Address on File

Robert George Maclean Jr
Address on File

Robert Jenkins
Address on File

Rollin Chan
Address on File

Ronald M Shaich 2000 Revocable Trust
Address on File

Roniza Monteiro
Address on File

Rosa Guerra
Address on File

Rosa Henrriquez
Address on File

Rose Gradozzi
Address on File

Rubaleen Morales
Address on File

Ryan Brown
Address on File

Sahura Lockhart
Address on File

Salomon Pierre
Address on File

Samantha Brumbaugh
Address on File

Samantha Galvez
Address on File

Samantha Menke
Address on File

Samuel Edward Cousineau
Address on File

Sandra Guzman
Address on File

Sandra Rozo
Address on File

Santiago Diaz
Address on File

Sara Colorado-Florez
Address on File

Sara Federici
Address on File

Sara Mccay
Address on File

Sascha Dhanjal
Address on File
?

Sashaeliza Torres
Address on File

Saul Enrique Merino Perez
Address on File

Shannon Cosgrove
Address on File

Shavonne Gregorio
Address on File

Shayla Marie Stinson
Address on File

Shira Krinsky
Address on File

Simone Pires
Address on File

Sionilda Barros Centeio
Address on File

Sofia Anais Rivera
Address on File

Sonel Pierre
Address on File

Stacia Brezinski
Address on File
?

Steven Andrade
Address on File

Steven Winitzer
Address on File

Suvetilani Da Silva
Address on File

Swarnim Pradhan
Address on File

Tara Modica
Address on File

Tara Pede
Address on File

Taylor Harper
Address on File
?

Theo Lapin
Address on File

Timothy Hodgson
Address on File

Tracy Ware
Address on File

Tristan Bentley
Address on File

Valentina Martinez
Address on File

Victor Hugo Bejarano
Address on File

Violette Liu
Address on File

Wes Jabonski
Address on File

Wilfrid Blanc
Address on File

William Camilli
Address on File

Yazi Ferrufino
Address on File

Yeimmy Katerin Mejia Bulla
Address on File

Zachary Stinchfield
Address on File

Zephyr Flowers
Address on File

Vanguard Renewables
aka Agawam ORF1 LLC
133 Boston Post Road
Building 15, 2nd Floor
Weston, MA 02493

Madeline Benjamin Investments LLC
Attn Alan H Gottlieb
2000 Tower Oaks Blvd
8th Floor
Rockville, MD 20852

Delaware Division of Revenue
Attn Bankruptcy Administrator
Carvel State Building
820 N French St 8th Floor
Wilmington, DE 19801

Bank of America
Attn Bankruptcy Department
100 North Tryon Street
Charlotte, NC 28255

Brex Credit Card
Attn Bankruptcy Department
50 West Broadway Street 333
San Francisco, CA 94108

Brex Credit Card
Attn Bankruptcy Department
115 Sansome Street
Suite 1200
San Francisco, CA 94104-3630

Cambridge Trust Company
Attn Bankruptcy Department
1336 Massachusetts Avenue
Cambridge, MA 02138

Walden Mutual Bank
Attn Bankruptcy Department
66 North Main Street
Concord, NH 03301

Google LLC
Attn Collections Team
1600 Amphitheatre Parkway
Mountain View, CA 94043

New September LLC
Attn Dan A Emmett
808 Wilshire Boulevard
Suite 200
Santa Monica, CA 90401

Small Business Administration
Attn District Counsel
660 American Avenue
Suite 301
King of Prussia, PA 19406

United States Attorney's Office
Attn Financial Litigation Unit
1 Courthouse Way
Suite 9200
Boston, MA 02110

LFT Joy Street LLP
Attn Ken McClure
40 Joy Street
Somerville, MA 02143

40 Joy Street LLC
Attn Ken McClure
40 Joy Street
Somerville, MA 02143

Office of the U.S. Trustee
Attn Linda J. Casey
844 King Street Suite 2207
Lockbox 35
Wilmington, DE 19801

Washington Place Owner LLC
Attn Management Office
845 Washington Street
Newton, MA 02460

SMJ Partners II LLC
Attn Michael L Cohen
2000 Tower Oaks Blvd
8th Floor
Rockville, MD 20852

Alps Investment Holdings LLC
Attn Song H Pak
1717 Rhode Island Avenue NW
10th Floor
Washington, DC 20036

Whole Foods Market
Attn Third Party Vendors
311 Bowie Street
Suite 800
Austin, TX 78703

City of Cambridge
Attn Water Department
250 Fresh Pond Parkway
Cambridge, MA 02138

AIS Portfolio Services, LLC
Attn: Ally Bank Department
Accounts 4901 & 5031
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Securities & Exchange Commission
Attn: Andrew Calamari, Regional Dir.
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281

MA Department of Revenue
Bankruptcy Unit
PO Box 7090
Boston, MA 02204

David M. Klauder, Esq.
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE 19801

McCarron & Diess
Blake A. Surbey, Esq
4530 Wisconsin Ave. NW
Suite 301
Washington, DC 20016

Securities & Exchange Commission
Boston Regional Office
33 Arch Street, 23rd Floor
Boston, MA 02110

City of Boston - Personal Property Tax
Box 55808
Boston, MA 02205

160 Federal Owner LLC
c/o 160 Federal Lower REIT II B LLC
PO Box 6112
Property ID HHJ001
Hicksville, NY 11802

160 Federal Owner LLC
c/o 160 Federal Street Property LLC
PO Box 419098
Boston, MA 02241

Loring School PTO
c/o Alissa Snowden
Address on File

BP Five CC LLC
c/o Boston Properties LP
PO Box 3557
Boston, MA 02241

BP Prucenter Acquisition LLC
c/o Boston Properties LP
800 Boylston Street
Suite 1900
Boston, MA 02199

Burning Suit LLC
c/o Brown Advisory
Attn Gordon G Thorne
100 High Street 27th Floor
Boston, MA 02110

Snowbank LLC
c/o Brown Advisory
Brinkley S Thorne
100 High Street 27th Floor
Boston, MA 02110

Jessica Bower
c/o Bruce Matzkin Esq
195 Washington Street
Malden, MA 02148

Third Nature Ventures LP
c/o Charter Capital
Attn Mike Palm
140 Monroe Center NW Suite 300
Grand Rapids, MI 49503

Knickerbocker Longwood LLC
c/o Clarion Partners, LLC
101 Arch Street, 17th Floor
Boston, MA 02110

Lindsay Boffoli
c/o Clippinger Employment Law
One Boston Place
Suite 2600
Boston, MA 02108

Desert Bloom Food Ventures LLC
c/o DBFV Management LLC
Attn Hans Taparia
535 W 110th Street No 15C
New York, NY 10025

Desert Bloom Inc
c/o DBFV Management LLC
Attn Hans Taparia
535 W 110th Street No 15C
New York, NY 10025

Chris Weilminster
c/o Federal Realty Investment Trust
1626 East Jefferson Street
Rockville, MD 20853

Street Retail LLC
c/o Federal Realty OP LP
Lockbox #9320
PO Box 8500
Philadelphia, PA 19178-9320

EyeMed
c/o Fidelity Life Insurance Co
PO Box 632530
Cincinnati, OH 45263-2530

Highland Yard 5 Associates LLC
c/o First Highland Management & Dev Corp
333 Elm Street, Suite 235
Dedham, MA 02026

FranInvest LLC
c/o Fransmart
Attn Sherry Davies
105 Oronoco Street # 200
Alexandria, VA 22314

Stonegate Capital Holdings LLC
c/o Goodwin Proctor LLP
Attn Daniel White
100 Northern Avenue
Boston, MA 02210

Stonegate Capital LLC
c/o Goodwin Proctor LLP
Attn Daniel White
100 Northern Avenue
Boston, MA 02210

Community Church of Boston
c/o Howard S Goldman Esq
Goldman & Pease LLC
160 Gould Street Suite 320
Needham Heights, MA 02494

Not Just Co
c/o Jacqueline Grady Smith
Address on File

Bishop Elementary PTO
c/o Leonie Lennon
25 Columbia Road
Arlington, MA 02474

Linear Retail Burlington #1 LLC
c/o Linear Retail Properties LLC
Department 2890
PO Box 986500
Boston, MA 02298

Juanita Mejia Velez
c/o Maria Mancini Scott
Mancini Scott Law
2 Lakeshore Center, 3rd Floor
Bridgewater, MA 02324

Comcast
c/o McCarthy Burgess & Wolff
The MB&W Building
26000 Cannon Road
Cleveland, OH 44146

President and Fellows of Harvard College
c/o Reema Khan
60 JFK Street
Cambridge, MA 02138

Mothership Alewife LLC
c/o Revival
125 Cambridgepark Drive
Cambridge, MA 02140

Central Property Management, LLC
c/o Riverside Property Management LLC
PO Box 440317
File 2034
West Somerville, MA 02144

Beta5 LLC
c/o Seyfarth Shaw LLP
Attn Mark A Katzoff
2 Seaport Lane
Boston, MA 02210

NS 27 School LLC
c/o Synergy Financial LLC
Ten Post Office Square
Boston, MA 02109

NS 27 School LLC
c/o Synergy Investments
Ten Post Office Square
14th Floor
Boston, MA 02109

Ed Mathias
c/o The Carlyle Group
1001 Pennsylvania Ave NW
Suite 220 S
Washington, DC 20004

Michael Farrell
c/o The Forest Farmers
Address on File

Charles Collins
c/o The Forestland Group LLC
50 Leonard Street
Belmont, MA 02478

Town of Burlington
Commercial Water Bill
PO Box 96
Burlington, MA 01803

Office of the Attorney General
Commonwealth of Massachusetts
One Ashburton Place
18th Floor
Boston, MA 02108

Jagum Ltd
Dan 17
Nechalim, Israel 49950

Manzi 1993 Irrevocable Trust
dated April 21, 1993
Address on File

Office of the Attorney General
Delaware Department of Justice
Carvel State Building
820 North French Street
Wilmington, DE 19801

Linear Retail Properties LLC
Department 2890
PO Box 986500
Boston, MA 02298-6500

Town of Burlington
Department of Public Works
Town Hall Annex
25 Center Street, 2nd Floor
Burlington, MA 01803

Chief Counsel, Legal Department
Dept of Unemployment Assistance
19 Staniford Street, 1st Floor
Boston, MA 02114

Secretary of State
Division of Corporations
Franchise Tax
PO Box 898
Dover, DE 19903

Sullivan Hazeltine Allinson LLC
Elihu E. Allinson, III
919 N. Market Street
Suite 420
Wilmington, DE 19801

Connon Trust
Email Address on File

Lerner Group Investments
Email Address on File

O'Neill Investments Fund One LLC
Email Address on File

Pritesh Shah
Email Address on File

Sota Partners LLC
Email Address on File

SV Tech Holdings LLC
Email Address on File

Walter Robb 2015 Family Trust
Email Address on File

The Katsiroubas Family Real
Estate Partnership LLC
Address on File

Michael Crooke & Amy M Dozier
Family Trust
Address on File

Republic Services
for AWS of Massachusetts LLC
PO Box 9001099
Louisville, KY 40290-1099

Commonwealth of Massachusetts
Health & Human Services
1000 Commonwealth Avenue
Room 107A
Newton, MA 02459

Yard 5 MA Owner LLC
Intercontinental Comm Prop
PO Box 984004
Boston, MA 02298-4004

Department of Treasury
Internal Revenue Service
Ogden, UT 84201-0039

WHITE AND WILLIAMS LLP
John G. Loughnane
101 Arch Street
Suite 1930
Boston, MA 02110

Law Firm of Russell R. Johnson III, PLC
John M. Craig
2258 Wheatlands Drive
Manakin-Sabot, VA 23103

Darshan Shah and Priya Jhawar
Joint Tenants with Right of Survivorship
Address on File

Herb Singh and Sheila Singh
Joint Tenants with Right of Survivorship
Email Address on File

Manju Jhawar, Priya Jhawar and Sheila Singh
Joint Tenants with Right of Survivorship
Email Address on File

Dressler Peters LLC
Kenneth D. Peters
101 W Grand Ave
Suite 404
Chicago, IL 60654

Gates 2010 Irrevocable Trust f/b/o
Laurie, Katherine and Samuel Packard
Email Address on File

BALLARD SPAHR LLP
Leslie C. Heilman, Esquire
Margaret A. Vesper, Esquire
Laurel D. Roglen, Esquire
Nicholas J. Brannick, Esquire
919 N. Market Street
11th Floor
Wilmington, DE 19801

Walker Development & Construction
Management
5 Mt Royal Avenue
Suite 40
Marlborough, MA 01752

The Magnozzi Law Firm, P.C.
Mark F. Magnozzi, Esq.
23 Green Street
Suite 302
Huntington, NY 11743

McCarron & Diess
Mary Jean Fassett
4530 Wisconsin Ave. NW
Suite 301
Washington, DC 20016

WHITE AND WILLIAMS LLP
Michael A. Ingrassia
600 North King Street
Suite 800
Wilmington, DE 19801

CASNER & EDWARDS, LLP
Michael J. Goldberg, Esq.
303 Congress Street
Boston, MA 02210

Anat Group Limited
O'Neal Marketing Associates Bldg, 2nd Floor
Wickham's Cay II Road
PO Box 3174
Tortola, BVI VG 1110

Arctic Glacier Premium Ice
Payment Processing Center
PO Box 856530
Minneapolis, MN 55485-6530

Scalar LLC
PO Box 1031
Draper, UT 84020

Elge Plumbing and Heating Co Inc
PO Box 1070
Burlington, MA 01803

National Grid
PO Box 11735
Newark, NJ 07101-4735

The O'Keefe Group LLC
PO Box 1240
Attleboro, MA 02703

Champlain Valley Apiaries
PO Box 127
Middlebury, VT 05753-0127

YRC Freight
PO Box 13573
Newark, NJ 07188-3573

Mountain High Organics Inc
PO Box 1450
9 South Main Street
New Milford, CT 06776

Salterieone
PO Box 154
Duxbury, MA 02331

BLW Engineers Inc
PO Box 1551
311 Great Road
Littleton, MA 01460

Comcast
PO Box 1577
Newark, NJ 07101-1577

Plimoth Plantation Mail Order Dept
PO Box 1620
Plymouth, MA 02362-1620

Burke Distributing
PO Box 168
Randolph, MA 02368

Edgewood Partners Insurance Center Inc
PO Box 22245
New York, NY 10087-2245

Epic Insurance Brokers & Consultants
PO Box 22245
New York, NY 10087-2245

Larson Advisory Group Inc
PO Box 2257
Acton, MA 01720

RI Mushroom Co LLC
PO Box 23
Republic Services 094
West Kingston, RI 02892

Local Tortilla LLC
PO Box 230
Hadley, MA 01035

Fish Window Cleaning 2300
PO Box 242
Woburn, MA 01801-0342

Wayne's Drains Inc
PO Box 298
Wilmington, MA 01887

US Foods Inc
PO Box 3155
Boston, MA 02241-3155

Ecolab
PO Box 32027
New York, NY 10087-2027

Baldor Boston LLC
PO Box 32129
New York, NY 10087-4129

Three River Farmers Alliance LLC
PO Box 327
East Kingston, NH 03827

Timeless Seeds Inc
PO Box 331
Ulm, MT 59485-0331

Big Picture Farm LLC
PO Box 344
Townshend, VT 05353

Breville USA Inc
PO Box 347286
Pittsburgh, PA 15251-4286

Ally Financial
PO Box 380901
Bloomington, MN 55438

Associated Buyers Inc
PO Box 399
Barrington, NH 03825

Town of Burlington
PO Box 4110
Woburn, MA 01888-4110

WGBH Educational Foundation
PO Box 414670
Boston, MA 02241-4670

Delta Dental
PO Box 415566
Boston, MA 02241-5566

UNFI
PO Box 419719
Boston, MA 02241-9719

Wex Bank
PO Box 4337
Carol Stream, IL 60197-4337

CT Corporation
PO Box 4349
Carol Stream, IL 60197-4349

Riverside Property Management LLC
PO Box 440317
File 2034
West Somerville, MA 02144

Myers Produce LLC
PO Box 48
Craftsbury, VT 05826

LEAF
PO Box 5066
Hartford, CT 06102-7924

State of Delaware Division of Corp
PO Box 5509
Binghamton, NY 13902-5509

Northeast Specialty Foods LLC
PO Box 556
Wells, ME 04090

Eversource
PO Box 56007
Boston, MA 02205-6007

Standard Insurance Company
PO Box 5676
Portland, OR 97228

160 Federal Lower REIT II B LLC
PO Box 6112
Property ID HHJ001
Hicksville, NY 11802

Cintas Corp 016
PO Box 630803
Cincinnati, OH 45263

Acadia Insurance
PO Box 639804
Cincinnati, OH 45263-9804

Crown Equipment Corporation
PO Box 641173
Cincinnati, OH 45264

Comcast Business
PO Box 70219
Philadelphia, PA 19176

MA Department of Revenue
PO Box 7062
Boston, MA 02204

Airgas USA LLC
PO Box 734445
Chicago, IL 60673-4445

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

CCF ASVRF 127 Smith LLC
PO Box 743109
Los Angeles, CA 90074-3109

Able Hood Cleaning LLC
PO Box 772
Marshfield, MA 02050

Berkshire Mountain Bakery Inc
PO Box 785
Housatonic, MA 01236

Autumn Hills Orchard
PO Box 801
Groton, MA 01450

ADP
PO Box 842875
Boston, MA 02284

Costa Fruit and Produce Company Inc
PO Box 843009
Boston, MA 02284-3009

Zenput Inc
PO Box 845089
Boston, MA 02284-5089

MBTA
PO Box 845831
Boston, MA 02284-5831

Pain D'Avignon
PO Box 845884
Boston, MA 02884-5884

Commonwealth of Massachusetts
PO Box 847840
Boston, MA 02284-7840

Merchants Bonding Company
PO Box 850180
Minneapolis, MN 55485-0180

Gordon Food Services Inc
PO Box 88029
Chicago, IL 60680-1029

Uline
PO Box 88741
Chicago, IL 60680-1741

Collins Overhead Door Inc
PO Box 9125
Chelsea, MA 02150-9125

City of Newton
PO Box 9137
Newton, MA 02460-9137

Next Barn Over Farm LLC
PO Box 92
Hadley, MA 01035

ShelterPoint Life Insurance Company
PO Box 9340
Garden City, NY 11530

Navitas Credit Corp
PO Box 935204
Atlanta, GA 31193

LEAF
PO Box 95205
Chicago, IL 60694-5205

CBIZ Operations Inc
PO Box 956793
St Louis, MO 63195

Harvard Pilgrim Health Care
PO Box 970050
Boston, MA 02297-0050

City of Boston Treasury Department
PO Box 9715
Boston, MA 02114

American Express - Bonvoy 31007
PO Box 981540
El Paso, TX 79998-1540

American Express - Green 31002
PO Box 981540
El Paso, TX 79998-1540

James R Gates Separate Property
Revocable Trust
Email Address on File

Law Firm of Russell R. Johnson III, PLC
Russell R. Johnson III
2258 Wheatlands Drive
Manakin-Sabot, VA 23103

Weltman, Weinberg & Reis Co. LPA
Scott D. FIink
c/o First Citizens Bank and Trust Company
965 Keynote Circle
Brooklyn Heights, OH 44131

Securities & Exchange Commission
Secretary of the Treasury
100 F Street NE
Washington, DC 20549

Gates 2004 Irrevocable Trust f/b/o
Stephen B Gates and Sheridan E Gates
Email Address on File

City of Newton
Treasury Department
1000 Commonwealth Avenue
Newton, MA 02459

Dennis F Ratner Revocable Declaration of
Trust U/A dated 5/4/2000 Am & Re
c/o Ratner Companies
1577 Spring Hill Road Suite 500
Vienna, VA 22182

Blue Bridge Financial LLC
Two Fountain Square
11921 Freedom Drive
Suite 1130
Reston, VA 20190

Bernkopf Goodman LLP
Two Seaport Lane
Boston, MA 02210

New York State Department of Labor
Unemployment Insurance
PO Box 4301
Binghamton, NY 13902-4301

Harvard University
University Financial Services
Central Accounts Receivable
1033 Massachusetts Avenue
Cambridge, MA 02138

McCarter & English, LLP
William F. Taylor, Jr.
405 N. King Street
8th Floor
Wilmington, DE 19801

Indeed, Inc.
Mail Code 5160
PO Box 660367
Dallas, TX 75266

City of Cambridge
Traffic, Parking, and Transportation
PO Box 399113
Cambridge, MA 2139

Commonwealth of Massachusetts – EZDriveMA
Payment Processing Center
PO Box 847840
Boston, MA 02284-7840

Lyft Inc
PO Box 22550
New York, NY 10087-2550

Honeygrow, LLC
Attn: Walter Harkins
1429 Walnut Street, Suite 9000
Philadelphia, PA 19102

Bielli & Klauder
David M. Klauder
1204 N. King Street
Wilmington, DE 19801

CLARK HILL PLC
Joseph A. Archambeau
130 E. Randolph Street
Suite 3900
Chicago,, IL 60601

Clover Fast Food, Inc.
1075 Cambridge Street
Cambridge, MA 2139